ORIGINAL

RECEIVED
2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

05- 746C

Plaintiff(s) or Petitioner(s): ENVIRONMENTAL TECTONICS CORPORATION

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] LOUIS RIEFFEL, ESQUIRE ELIZABETH TERRI ALLISON, ESQ.

Firm Name: PLAKINS RIEFFEL & RAY, P.C.

Post Office Box: 1287

Street Address: 140 EAST STATE STREET

City-State-Zip: DOYLESTOWN, PA 18901

Telephone & Facsimile Numbers: 215-345-0801 / 215-340-9530

E-mail address: lrieffel@plakinsreiffel.com tallison@plakinsrieffel.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ 9,109,617.50

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003