ORIGINAL

FILED
JUL 11 2005
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES, DEPARTMENT OF THE NAVY

Defendant

No.: 05- 746C

## DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1(a)

Plaintiff, Environmental Tectonics Corporation [hereinafter referred to as "ETC"], hereby states:

(1) That it is a nongovernmental corporate party in the above action;

(2) That there is no parent corporation of ETC; and

(3) That there is no publicly held corporation that owns 10% or more of its stock.

PLAKINS, RIEFFEL & RAY, P.C.

Louis A. Rieffel, Esquire
Elizabeth Terri Allison, Esquire
PLAKINS, RIEFFEL & RAY, P.C.
140 East State Street
Doylestown, PA 18901
(215) 345-0801
(215) 340-9530

Dated: 7/8/05