IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORP.,<br>Plaintiff,<br>v.<br>DEPARTMENT OF THE NAVY,<br>Defendant. | ) | No. 05-746C<br>(Judge Braden) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of LESLIE CAYER OHTA as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

S/LESLIE CAYER OHTA

LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone: (202) 307-1011
Facsimile: (202) 307-0972

Dated: August 1, 2005

CERTIFICATE OF FILING

I hereby certify that on August 1, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/LESLIE CAYER OHTA