IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-746C |
| v. | ) | (Judge Susan G. Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 60 days, to and including November 9, 2005, within which to respond to plaintiff's complaint. Our response is currently due on September 9, 2005. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. Additional time is needed by the agency to review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report. The agency anticipates that the litigation report, including the draft answer to the complaint, will be provided by October 15, 2005. Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's complaint to and including November 9, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

August 18, 2004

Attorneys for Defendant