IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | No. 05-746C |

**Motion For Leave to Substitute Counsel**

Plaintiff Environmental Tectonics Corporation respectfully moves for leave to substitute its counsel in the above-captioned case pursuant to Court of Federal Claims Rule 83.1(c)(4). Please withdraw the appearance of Louis A. Rieffel, and substitute the appearance of Brian A. Bannon as counsel of record for Plaintiff Environmental Tectonics Corporation in this action. Mr. Rieffel, the previous counsel of record for Plaintiff, consents to this substitution. An Affidavit of Appointment and a proposed Order have been attached to this Motion.

Dated: November 15, 2005
PLAKINS, RIEFFEL & RAY, P.C.

By: [signature]
Louis A. Rieffel
140 East State Street
P.O. Box 1287
Doylestown, PA 18901
(215) 345-0801
Fax: (215) 340-9530

Dated: November 17, 2005
BLANK ROME LLP

By: [signature]
Brian A. Bannon
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5905
Fax: (202) 572-8355

**Certificate of Filing**

I certify that I have this 17th day of November 2005 filed the foregoing Motion for Leave to Substitute Counsel, Affidavit of Appointment, and a proposed Order with the Clerk of the Court for the Court of Federal Claims using the CM/ECF system, which will send notification of such filing to:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington D.C. 20530

Brian A. Bannon