IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | No. 05-746C |

**Order**

The Court, having considered Plaintiff Environmental Tectonic Corporation's Motion for Leave to Substitute Counsel, has determined that the Motion should be GRANTED. It is so ORDERED this ____ day of November, 2005.

______________________________
Judge Susan G. Braden
United States Court of Federal Claims