IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | ) | No. 05-746C |

**Affidavit of Appointment**

Pursuant to Court of Federal Claims Rule 83.1(c)(4) and under penalty of perjury, I hereby attest that I have been newly retained by Plaintiff Environmental Tectonics Corporation to represent them in the above-captioned case.

Dated: November 16, 2005

Brian A. Bannon
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5905
Fax: (202) 572-8355

District of Columbia: ss
Subscribed and sworn to before me this 16th day of November, 2005.

Catherine T. Borges
Notary Public, District of Columbia
My Commission Expires 10-14-2006

Notary Public

118486.06501/35700338v.1