# In the United States Court of Federal Claims

No. 05-746C

Filed January 9, 2006

*************************************

ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

A telephone status conference will be held on Monday, February 6, 2006 at 2:00pm, E.S.T.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**