IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 05-746C (Judge Susan G. Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 14 days, to and including April 28, 2006, within which to file a motion to dismiss. Our motion is currently due on April 14, 2006. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because counsel for plaintiff has indicated that he may amend the complaint to withdraw the claims for attorneys fees and the return of liquidated damages, two claims that will be the subject of our motion to dismiss. In addition, counsel for the parties have discussed the merits of plaintiff's' claim for "interest" or financing costs. Additional time is needed to further research the merits of this claim. Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's

complaint to and including April 28, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

April 13, 2006

Attorneys for Defendant