# In the United States Court of Federal Claims

No. 05-746C
Filed April 17, 2006

*************************************
*
ENVIRONMENTAL TECTONICS *
CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*
*************************************

**ORDER**

The Government's unopposed Motion for Enlargement of Time is hereby **GRANTED**. The Government may file a Motion to Dismiss **on or before April 28, 2006**.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**