IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, | ) | |
| | ) | No. 05-746C |
| Plaintiff, | ) | (Judge Susan G. Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

STIPULATION TO AMEND COMPLAINT

Pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims, and with the concurrence of counsel for the defendant, plaintiff Environmental Tectonics Corporation ("ETC") hereby amends its Complaint, filed July 11, 2005. The Complaint as filed sought a ruling that defendant was not entitled to withhold liquidated damages. Additionally, the Complaint sought Attorneys Fees under the Equal Access to Justice Act. While defendant had for a time withheld liquidated damages, it now has released those funds to plaintiff. Plaintiff recognizes recovery of fees under the Equal Access to Justice Act is a separate proceeding to be commenced only upon prevailing in the instant action. Accordingly, plaintiff stipulates that it is:

(1) striking all claims for liquidated damages as contained in ¶¶ 367-374 and ¶ 477(h);

(2) reducing the requested relief from $9,109,617.50 to $7,995,398.00, said reduction reflecting the removal of liquidated damages; and

(3) striking Count IX to the extent that it seeks attorney's fees.

Respectfully submitted this 8th day of May, 2006.

Respectfully submitted,

_____s/Brian A. Bannon_______

Brian A. Bannon
Blank Rome LLP
600 New Hampshire Ave, NW
Washington, D.C. 20037
(202) 772-5905 (phone)
(202) 572-8355 (fax)
Bannon-b@blankrome.com

*Counsel for Environmental Tectonics Corporation*