# In the United States Court of Federal Claims

No. 05-746C
Filed May 8, 2006

*************************************
ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

On May 8, 2006, Plaintiff filed a Stipulation to Amend Complaint. Therein, Plaintiff sought to amend the Complaint, striking all claims for liquidated damages or attorney's fees, and reducing the requested relief accordingly. Rule 15(a) of the United States Court of Federal Claims provides, in relevant part, that:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

RCFC 15(a). Because the Government filed an Answer on November 7, 2005, the court treats Plaintiff's May 8, 2006 filing as a Motion to for Leave.

Plaintiff's May 8, 2006 Motion for Leave is hereby **GRANTED**. Plaintiff is **DIRECTED** to file an Amended Complaint to incorporate the changes set forth in the May 8, 2006 filing.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**