IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, | ) | |
| | ) | No. 05-746C |
| Plaintiff, | ) | (Judge Susan G. Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 32 days, to and including July 7, 2006, within which to file a reply to plaintiff's opposition to defendant's motion to dismiss. Plaintiff's opposition to our motion to dismiss is due on May 22, 2006. If plaintiff's opposition is filed on that date, our reply will be due on June 5, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff does not object to the granting of this motion.

The United States requests this enlargement of time because Government counsel will be out of the office on vacation from May 19, 2006, through June 28, 2006. Additional time will needed upon counsel's return to prepare a reply to plaintiff's opposition to our motion to dismiss.

Accordingly, we respectfully request the Court to enlarge the time to reply to plaintiff's opposition to and including July 7, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:

DAVID L. KOMAN
Senior Trial Attorney
Litigation Office
Office of the General Counsel
720 Kennon Street, S.E., Bldg. 36
Washington Navy Yard, DC 20374-5013
202-685-6984
202-685-7036 (Fax)

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

May 9, 2006

Attorneys for Defendant