IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, Plaintiff, | ) | No. 05-746C (Judge Susan G. Braden) |
| v. | ) | |
| THE UNITED STATES, Defendant | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

For its answer to the numbered paragraphs of the amended complaint, defendant admits, denies and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits the allegations contained in paragraph 3.

4. Admits the allegations contained paragraph 4 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations contained paragraph 5 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7.

8. Admits the allegations contained paragraph 8 to the extent supported by

the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Admits the allegations contained paragraph 9 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. Admits the allegations contained paragraph 10 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 10.

11. Admits the allegations contained paragraph 11 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 11.

12. Admits the allegations contained paragraph 12 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. Denies the allegations contained in paragraph 13 regarding plaintiff's "understanding" of the information in the solicitation for lack of knowledge or information sufficient to form a belief as to their truth; the remaining allegations in paragraph 13 are denied.

14. Denies the allegations contained in paragraph 14 for lack of knowledge or information sufficient to form a belief as to their truth.

15. Denies the allegations contained in paragraph 15 for lack of knowledge or information sufficient to form a belief as to their truth.

16. Denies the allegations contained in paragraph 16 for lack of knowledge or

information sufficient to form a belief as to their truth.

17. Admits the allegations contained paragraph 17 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained paragraph 18 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19. Denies the allegations contained in paragraph 19 for lack of knowledge or information sufficient to form a belief as to their truth.

20. Admits the allegations contained paragraph 20 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegations contained paragraph 21 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegations contained paragraph 22 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 22.

23. Denies the allegations contained in paragraph 23 for lack of knowledge or information sufficient to form a belief as to their truth.

24. Admits the allegations contained paragraph 24 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 24.

25. Admits the allegations contained paragraph 25 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 25.

26. Denies the allegations contained in paragraph 26 for lack of knowledge or information sufficient to form a belief as to their truth.

27. Admits the allegations contained paragraph 27 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 27.

28. Denies the allegations contained in paragraph 28 for lack of knowledge or information sufficient to form a belief as to their truth.

29. Admits the allegations contained paragraph 29 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 29.

30. Denies the allegations contained in paragraph 30 for lack of knowledge or information sufficient to form a belief as to their truth.

31. Admits the allegations contained paragraph 31 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 31.

32. Denies the allegations contained in paragraph 32 for lack of knowledge or information sufficient to form a belief as to their truth.

33. Admits the allegations contained paragraph 33 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 33.

34. Admits the allegations contained paragraph 34 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 34.

35. Admits the allegations contained paragraph 35 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 35.

36. Denies the allegations contained in paragraph 36 for lack of knowledge or information sufficient to form a belief as to their truth.

37. Admits the allegations contained paragraph 37 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 37.

38. Admits the allegations contained paragraph 38 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

39. Denies the allegations contained in paragraph 39 for lack of knowledge or information sufficient to form a belief as to their truth.

40. Admits the allegations contained paragraph 40 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 40.

41. Admits the allegations contained paragraph 41 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. Admits the allegations contained paragraph 42 to the extent supported by

the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43. Admits the allegations contained paragraph 43 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 43.

44. Admits the allegations contained paragraph 44 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 44.

45. Admits the allegations contained paragraph 45 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 45.

46. Admits the allegations contained paragraph 46 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 46.

47 Admits the allegations contained paragraph 47 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 47.

48. Admits the allegations contained paragraph 48 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 48.

49. Admits the allegations contained paragraph 49 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 49.

50. Admits the allegations contained paragraph 50 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 50.

51. Admits the allegations contained paragraph 51 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 51.

52. Admits the allegations contained paragraph 52 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 52.

53. Admits the allegations contained paragraph 53 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 53.

54. Admits the allegations contained paragraph 54 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 54.

55. Admits the allegations contained paragraph 55 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 55.

56. Admits the allegations contained paragraph 56 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 56.

57. Admits the allegations contained paragraph 57 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the

allegations contained in paragraph 57.

58. Admits the allegations contained paragraph 58 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 58.

59. Admits the allegations contained in paragraph 59.

60. Admits that in the original contract the weight of an aircraft pallet was mistakenly included in the weight for the submarine decompression chambers; denies the remainder of the allegations contained in paragraph 60.

61. Denies the allegations contained in paragraph 61.

62. Admits the allegations contained paragraph 62 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 62.

63. Denies the allegations contained in paragraph 63.

64. Admits that the contract required that the SDC Segments be light weight chambers able to be loaded onto an aircraft; denies the remainder of the allegations contained in paragraph 64.

65. Denies the allegations contained in paragraph 65 for lack of knowledge or information sufficient to form a belief as to their truth.

66. Denies the allegations contained in paragraph 66 for lack of knowledge or information sufficient to form a belief as to their truth.

67. Denies the allegations contained in paragraph 67 for lack of knowledge or information sufficient to form a belief as to their truth.

68. Admits the allegations contained paragraph 68 to the extent supported by

the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 68.

69. Denies the allegations contained in paragraph 69 for lack of knowledge or information sufficient to form a belief as to their truth.

70. Denies the allegations contained in paragraph 70.

71. Admits that when the chamber was modeled inside the Van FEA model, the number of necessary defined FEA elements increased; the remaining allegation contained in paragraph 71 is denied.

72. Denies the allegations contained in paragraph 72.

73. Admits the allegations contained in paragraph 73.

74. Denies the allegations contained in paragraph 74.

75. Denies the allegations contained in paragraph 75 for lack of knowledge or information sufficient to form a belief as to their truth.

76. Denies the allegations contained in paragraph 76.

77. Admits the allegations contained in paragraph 77.

78. Denies the allegations contained in paragraph 78 for lack of knowledge or information sufficient to form a belief as to their truth.

79. Denies the allegations contained in paragraph 79.

80. Denies the allegations contained in paragraph 80.

81. Denies the allegations contained in paragraph 81 for lack of knowledge or information sufficient to form a belief as to their truth.

82. Denies the allegations contained in paragraph 82 for lack of knowledge or information sufficient to form a belief as to their truth.

83. Denies the allegations contained in paragraph 83 for lack of knowledge or information sufficient to form a belief as to their truth.

84. Denies the allegations contained in paragraph 84 for lack of knowledge or information sufficient to form a belief as to their truth.

85. Denies the allegations contained in paragraph 85 for lack of knowledge or information sufficient to form a belief as to their truth.

86. Denies the allegations contained in paragraph 86 for lack of knowledge or information sufficient to form a belief as to their truth.

87. Denies the allegations contained in paragraph 87.

88. Denies the allegations contained in paragraph 88.

89. Admits the allegations contained paragraph 89 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 89.

90. Denies the allegations contained in paragraph 90.

91. Denies the allegations contained in paragraph 91.

92. Denies the allegations contained in paragraph 92.

93. Denies the allegations contained in paragraph 93.

94. Denies the allegations contained in paragraph 94 for lack of knowledge or information sufficient to form a belief as to their truth.

95. Denies the allegations contained in paragraph 95.

96. Denies the allegations contained in paragraph 96 for lack of knowledge or information sufficient to form a belief as to their truth.

97. Denies the allegations contained in paragraph 97.

98. Admit only that plaintiff was required to meet the contract specifications regarding structural integrity; the remaining allegations contained in paragraph 98 are denied.

99. Denies the allegations contained in paragraph 99.

100. Denies the allegations contained in paragraph 100.

101. Denies the allegations contained in paragraph 101 for lack of knowledge or information sufficient to form a belief as to their truth.

102. Denies the allegations contained in paragraph 102 for lack of knowledge or information sufficient to form a belief as to their truth.

103. Denies the allegations contained in paragraph 103 for lack of knowledge or information sufficient to form a belief as to their truth.

104. Denies the allegations contained in paragraph 104 for lack of knowledge or information sufficient to form a belief as to their truth.

105. Denies the allegations contained in paragraph 105 for lack of knowledge or information sufficient to form a belief as to their truth.

106. Denies the allegations contained in paragraph 106.

107. Denies the allegations contained in paragraph 107.

108. Admits the allegations contained paragraph 108 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 108.

109. The allegations contained in paragraph 109 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

110. Denies the allegations contained in paragraph 110 for lack of knowledge or

information sufficient to form a belief as to their truth.

111. Denies the allegations contained in paragraph 111 for lack of knowledge or information sufficient to form a belief as to their truth.

112. Denies the allegations contained in paragraph 112 for lack of knowledge or information sufficient to form a belief as to their truth.

113. Denies the allegations contained in paragraph 113 for lack of knowledge or information sufficient to form a belief as to their truth.

114. Denies the allegations contained in paragraph 114.

115. Denies the allegations contained in paragraph 115.

116. Admits the allegations contained in paragraph 116.

117. Denies the allegations contained in paragraph 117 for lack of knowledge or information sufficient to form a belief as to their truth.

118. Denies the allegations contained in paragraph 118 for lack of knowledge or information sufficient to form a belief as to their truth.

119. Admits the allegations contained in paragraph 119 except to deny that plaintiff was required to use Oceaneering's design.

120. Admits that the Government provided a technical example of a van design to plaintiff that met the contract requirements; denies the remaining allegations contained in paragraph 120.

121. Denies the allegations contained in paragraph 121.

122. Denies the allegations contained in paragraph 122.

123. Admits the allegations contained paragraph 123 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the

allegations contained in paragraph 123.

124. Denies the allegations contained in paragraph 124.

125. Admits the allegations contained in paragraph 125.

126. Admits the allegations contained in paragraph 126.

127. Admits the allegations contained in paragraph 127.

128. Admits the allegations contained in paragraph 128.

129. Admits the allegations contained in paragraph 129.

130. Denies the allegations contained in paragraph 130.

131. Denies the allegations contained in paragraph 131.

132. Denies the allegations contained in paragraph 132

133. Denies the allegations contained in paragraph 133.

134. Admits the allegations contained paragraph 134 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 134.

135. Admits the allegations contained paragraph 135 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 135.

136. Admits the allegations contained paragraph 136 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 136.

137. Admits the allegations contained paragraph 137 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 137.

138. Admits the allegations contained paragraph 138 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 138.

139. Admits the allegations contained paragraph 139 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 139.

140. Admits the allegations contained paragraph 140 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 140.

141. Admits the allegations contained paragraph 141 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 141.

142. Denies the allegations contained in paragraph 142.

143. Denies the allegations contained in paragraph 143 for lack of knowledge or information sufficient to form a belief as to their truth.

144. Admits the allegations contained paragraph 144 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 144.

145. Denies the allegations contained paragraph 145.

146. Denies the allegations contained in paragraph 146.

147. Admits only that plaintiff was required to meet the contract requirements regarding drawings; denies the remaining allegations contained in paragraph 147.

148. Admits only that the contract required plaintiff to create separate drawings for

SDC 1 and SDC 2; denies the remainder of the allegations contained in paragraph 148.

149. Admits the allegations contained in paragraph 149.

150. Admits only that plaintiff was required to meet the contract specifications regarding the Piping and Flexibility Analysis; denies the remaining allegations contained in paragraph 150.

151. Denies the allegations contained in paragraph 151 for lack of knowledge or information sufficient to form a belief as to their truth.

152. Admits the allegations contained paragraph 152 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 152.

153. Denies the allegations contained in paragraph 153 for lack of knowledge or information sufficient to form a belief as to their truth.

154. Admits the allegations contained in paragraph 154.

155. Denies the allegations contained in paragraph 155.

156. Denies the allegations contained in paragraph 156.

157. Admits the allegations contained paragraph 157 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 157.

158. Denies the allegations contained in paragraph 158.

159. Denies the allegations contained in paragraph 159.

160. Denies the allegations contained in paragraph 160.

161. Denies the allegations contained in paragraph 161.

162. Admits the allegations contained paragraph 162 to the extent supported by

the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 162.

163. Denies the allegations contained in paragraph 163 for lack of knowledge or information sufficient to form a belief as to their truth.

164. Denies the allegations contained in paragraph 164 for lack of knowledge or information sufficient to form a belief as to their truth.

165. Denies the allegations contained in paragraph 165 for lack of knowledge or information sufficient to form a belief as to their truth.

166. Denies the allegations contained in paragraph 166.

167. Denies the allegations contained in paragraph 167.

168. Denies the allegations contained in paragraph 168.

169. Denies the allegations contained in paragraph 169.

170. Admits the allegations contained paragraph 170 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 170.

171. Admits the allegations contained paragraph 171 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 171.

172. Admits that plaintiff conducted a Thermal Conductivity Analysis and Forced Air Convection Flow Analysis as required by the contract; denies the remainder of the allegations contained in paragraph 172.

173. Admits that plaintiff determined that more ECUs and scrubbers would be necessary to meet the performance requirements of the contract; denies the remainder of

the allegations contained in paragraph 173.

174. Admits the allegations contained paragraph 174 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 174.

175. Admits the allegations contained paragraph 175 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 175.

176. Denies the allegations contained in paragraph 176 for lack of knowledge or information sufficient to form a belief as to their truth.

177. Denies the allegations contained in paragraph 177.

178. Denies the allegations contained in paragraph 178 for lack of knowledge or information sufficient to form a belief as to their truth.

179. Admits the allegations contained in paragraph 179.

180. Admits the allegations contained paragraph 180 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 180.

181. Denies the allegations contained in paragraph 181 for lack of knowledge or information sufficient to form a belief as to their truth.

182. Denies the allegations contained in paragraph 182 for lack of knowledge or information sufficient to form a belief as to their truth.

183. Denies the allegations contained in paragraph 183 for lack of knowledge or information sufficient to form a belief as to their truth.

184. Denies the allegations contained in paragraph 184 for lack of knowledge or information sufficient to form a belief as to their truth.

185. Admits that the bilateral modification P00006 included a Forced Convection Airflow Analysis; denies the remainder of the allegations contained in paragraph 185.

186. Denies the allegations contained in paragraph 186.

187. Denies the allegations contained in paragraph 187.

188. Admits only that plaintiff was required to meet the contract specifications regarding the performance requirements; denies the remaining allegations contained in paragraph 188.

189. Denies the allegations contained in paragraph 189 for lack of knowledge or information sufficient to form a belief as to their truth.

190. Denies the allegations contained in paragraph 190 for lack of knowledge or information sufficient to form a belief as to their truth.

191. Denies the allegations contained paragraph 191.

192. Admits the allegations contained paragraph 192 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 192.

193. Admits the allegations contained paragraph 193 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 193.

194. Denies the allegations contained in paragraph 194 for lack of knowledge or information sufficient to form a belief as to their truth.

195. Denies the allegations contained in paragraph 195 for lack of knowledge or

information sufficient to form a belief as to their truth.

196. Denies the allegations contained in paragraph 196 for lack of knowledge or information sufficient to form a belief as to their truth.

197. Denies the allegations contained in paragraph 197.

198. Admits the allegations contained paragraph 198 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 198.

199. Admits the allegations contained paragraph 199 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 199.

200. Denies the allegations contained in paragraph 200.

201. Denies the allegations contained in paragraph 201.

202. Denies the allegations contained in paragraph 202.

203, Denies the allegations contained in paragraph 203.

204. Denies the allegations contained in paragraph 204.

205. Denies the allegations contained in paragraph 205.

206. Admits the allegations contained paragraph 206 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 206.

207. Admits the allegations contained paragraph 207 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 207.

208. Admits the allegations contained paragraph 208 to the extent supported by

the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 208.

209. Denies the allegations contained in paragraph 209 for lack of knowledge or information sufficient to form a belief as to their truth.

210. Admits the allegations contained in paragraph 210.

211. Admits the allegations contained in paragraph 211.

212. Denies the allegations contained in paragraph 212.

213. Denies the allegations contained in paragraph 213.

214. Denies the allegations contained in paragraph 214 for lack of knowledge or information sufficient to form a belief as to their truth.

215. Denies the allegations contained in paragraph 215.

216. Admits the allegations contained paragraph 216 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 216.

217. Admits the allegations contained paragraph 217 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

218. Denies the allegations contained in paragraph 218 for lack of knowledge or information sufficient to form a belief as to their truth.

219. Admits the allegations contained in paragraph 219.

220. Denies the allegations contained in paragraph 220 for lack of knowledge or information sufficient to form a belief as to their truth.

221. Denies the allegations contained in paragraph 221.

222. Admits the allegations contained paragraph 222 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

223. Admits that the Government accepted plaintiff's initial design approach depicted in RFI 060 as submitted on or about June 17, 1999; denies the remainder of the allegations contained in paragraph 223.

224. Denies the allegations contained paragraph 224.

225. Denies the allegations contained in paragraph 225.

226. Admits the allegations contained in paragraph 226.

227. Denies the allegations contained in paragraph 227.

228. Denies the allegations contained in paragraph 228.

229. Admits the allegations contained paragraph 229 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

230. Admits the allegations contained in paragraph 230.

231. Admits that the Government rejected Plaintiff's model; denies the remaining allegations in paragraph 231.

232. Admits the allegations contained in paragraph 232.

233. Admits the allegations contained paragraph 233 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

234. Denies the allegations contained in paragraph 234.

235. Denies the allegations contained in paragraph 235.

236. Admits the allegations contained paragraph 236 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

237. Admits the allegations contained paragraph 237 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

238. Admits the allegations contained paragraph 238 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

239. Denies the allegations contained in paragraph 239.

240. Denies the allegations contained in paragraph 240.

241. Denies the allegations contained in paragraph 241.

242. Denies the allegations contained in paragraph 242 for lack of knowledge or information sufficient to form a belief as to their truth.

243. Denies the allegations contained in paragraph 243 for lack of knowledge or information sufficient to form a belief as to their truth.

244. Denies the allegations contained in paragraph 244.

245. Denies the allegations contained in paragraph 245.

246. Admits the allegations contained paragraph 246 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

247. Denies the allegations contained in paragraph 247 for lack of knowledge or information sufficient to form a belief as to their truth.

248. Denies the allegations contained in paragraph 248 for lack of knowledge or information sufficient to form a belief as to their truth.

249. Denies the allegations contained in paragraph 249.

250. Denies the allegations contained in paragraph 250.

251. Denies the allegations contained in paragraph 251 for lack of knowledge or information sufficient to form a belief as to their truth.

252. Denies the allegations contained in paragraph 252 for lack of knowledge or information sufficient to form a belief as to their truth.

253. Admits plaintiff notified the Government of its opinion; denies the remaining allegations contained in paragraph 253 for lack of knowledge or information sufficient to form a belief as to their truth.

254. Admits only that since plaintiff was unable to design a workable solution, the Government brought to plaintiff's attention and accepted a commercial off the shelf medical lock assembly; denies the remainder of the allegations contained in paragraph 254.

255. Denies the allegations contained in paragraph 255.

256. Denies the allegations contained in paragraph 256.

257. Admits the allegations contained paragraph 257 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

258. Admits the allegations contained paragraph 258 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

259. Admits the allegations contained paragraph 259 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

260. Admits the allegations contained paragraph 260 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

261. Denies the allegations contained in paragraph 261 for lack of knowledge or information sufficient to form a belief as to their truth.

262. Admits the allegations contained paragraph 262 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

263. Admits the allegations contained paragraph 263.

264. Admits the allegations contained paragraph 264.

265. Admits the allegations contained paragraph 265.

266. Denies the allegations contained in paragraph 266.

267. Denies the allegations contained in paragraph 267.

268. Admits the allegations contained paragraph 268 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 268.

269. Admits the allegations contained paragraph 269 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 269.

.

270. Admits the allegations contained paragraph 270 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 270.

271. Denies the allegations contained in paragraph 271 for lack of knowledge or information sufficient to form a belief as to their truth.

272. Denies the allegations contained in paragraph 272.

273. Denies the allegations contained in paragraph 273.

274. Denies the allegations contained in paragraph 274.

275. Admits the allegations contained paragraph 275 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

276. Admits the allegations contained paragraph 276 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

277. Admits the allegations contained paragraph 277 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

278. Denies the allegations contained in paragraph 278 for lack of knowledge or information sufficient to form a belief as to their truth.

279. Denies the allegations contained in paragraph 279 for lack of knowledge or information sufficient to form a belief as to their truth.

280. Denies the allegations contained in paragraph 280.

281. Denies the allegations contained in paragraph 281.

282. Denies the allegations contained in paragraph 282.

283. Admits the allegations contained in paragraph 283.

284. Admits the allegations contained paragraph 284 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

285. Admits that the Government provided comments on February 5, 2001; the remaining allegations contained in paragraph 285 are denied.

286. Denies the allegations contained in paragraph 286.

287. Admits the allegations contained paragraph 287 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

288. Denies the allegations contained in paragraph 288 for lack of knowledge or information sufficient to form a belief as to their truth.

289. Admits that the Government's Contracting Officer's Technical Representative stated that if plaintiff properly made the corrections described in the Government's review comments then plaintiff's Final Design for SDC-1 would be acceptable; the remainder of the allegations contained in paragraph 289 are denied.

290. Denies the allegations contained in paragraph 290.

291. Admits that plaintiff was required to comply with the contract specifications regarding production drawings; the remainder of the allegations contained in paragraph 291 are denied.

292. Admits the allegations contained paragraph 292 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the

allegations.

293. Admits that plaintiff was required to comply with the contract specifications regarding; the remainder of the allegations contained in paragraph 293 are denied.

294. Denies the allegations contained in paragraph 294

295. Denies the allegations contained in paragraph 295.

296. Denies the allegations contained in paragraph 296.

297. Admits the allegations contained in paragraph 297.

298. Denies the allegations contained in paragraph 298 for lack of knowledge or information sufficient to form a belief as to their truth.

299. Denies the allegations contained in paragraph 299 for lack of knowledge or information sufficient to form a belief as to their truth.

300. Denies the allegations contained in paragraph 300 for lack of knowledge or information sufficient to form a belief as to their truth.

301. Denies the allegations contained in paragraph 301.

302. Denies the allegations contained in paragraph 302.

303. Denies the allegations contained in paragraph 303 .

304. Admits the allegations contained paragraph 304 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

305. Denies the allegations contained in paragraph 305.

306. Admits the allegations contained in paragraph 306.

307. Denies the allegations contained in paragraph 307 .

308. Denies the allegations contained in paragraph 308.

309. Admits the allegations contained paragraph 309 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

310. Admits the allegations contained paragraph 310.

311. Admits the allegations contained paragraph 311.

312. Denies the allegations contained in paragraph 312.

313. Denies the allegations contained in paragraph 313.

314. Denies the allegations contained in paragraph 314.

315. Admits the allegations contained paragraph 315 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

316. Admits the allegations contained in paragraph 316.

317. Admits the allegations contained in paragraph 317.

318. Admits the allegations contained in paragraph 318.

319. Denies the allegations contained in paragraph 319.

320. Denies the allegations contained in paragraph 320.

321. Admits the allegations contained paragraph 321 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

322. Admits the allegations contained paragraph 322 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

323. Denies the allegations contained in paragraph 323.

324. Denies the allegations contained in paragraph 324.

325. Denies the allegations contained in paragraph 325.

326. Admits the allegations contained paragraph 326 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

327. Admits the allegations contained paragraph 327 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

328. Admit that Contract Specification C3.1.27(a)(1) requires mechanical pressure gauges to have helical coil bourdon tube sensing elements; the remainder of the allegations of paragraph 328 are denied.

329. Denies the allegations contained in paragraph 329 for lack of knowledge or information sufficient to form a belief as to their truth.

330. Denies the allegations contained in paragraph 330.

331. Denies the allegations contained in paragraph 331.

332. Denies the allegations contained in paragraph 332.

333. Denies the allegations contained in paragraph 333.

334. Denies the allegations contained in paragraph 334.

335. Denies the allegations contained in paragraph 335.

336. Admits the allegations contained in paragraph 336.

337. Denies the allegations contained in paragraph 337.

338. Admits the allegations contained paragraph 338 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the

allegations.

339. Admits the allegations contained paragraph 339 to the extent supported by the contract; otherwise denies the allegations.

340. Admit only that some of the invoices were not paid within the time period specified in the contract; the remainder of the allegations contained in paragraph 340 are denied.

341. Admits only that some of the invoices were not paid in full; the remainder of the allegations contained in paragraph 341 are denied.

342. Denies the allegations contained in paragraph 342 for lack of knowledge or information sufficient to form a belief as to their truth.

343. Denies the allegations contained in paragraph 343 for lack of knowledge or information sufficient to form a belief as to their truth.

344. Denies the allegations contained in paragraph 344 for lack of knowledge or information sufficient to form a belief as to their truth.

345. Denies the allegations contained in paragraph 345 for lack of knowledge or information sufficient to form a belief as to their truth.

346. Denies the allegations contained in paragraph 346.

347. Denies the allegations contained in paragraph 347.

348. Denies the allegations contained in paragraph 348.

349. Denies the allegations contained in paragraph 349.

350. Admits the allegations contained paragraph 350 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

351. Denies the allegations contained in paragraph 351.

352. Denies the allegations contained in paragraph 352 for lack of knowledge or information sufficient to form a belief as to their truth.

353. Denies the allegations contained in the first sentence of paragraph 353. The allegations contained in the second sentence of paragraph 353 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

354. Denies the allegations contained in paragraph 354 for lack of knowledge or information sufficient to form a belief as to their truth.

355. Denies the allegations contained in the first sentence of paragraph 355. The allegations contained in the second sentence of paragraph 355 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

356. Admit only that some of the invoices were not paid within the time period specified in the contract; the remainder of the allegations contained in paragraph 356 are denied..

357. Denies the allegations contained in paragraph 357 for lack of knowledge or information sufficient to form a belief as to their truth.

358. Denies the allegations contained in paragraph 358 for lack of knowledge or information sufficient to form a belief as to their truth.

359. Denies the allegations contained in paragraph 359.

360. Admits the allegations contained paragraph 360 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the

allegations.

361. Denies the allegations contained in paragraph 361.

362. Denies the allegations contained in paragraph 362.

363. Denies the allegations contained in paragraph 363.

364. Denies the allegations contained in paragraph 364 for lack of knowledge or information sufficient to form a belief as to their truth.

365. Denies the allegations contained in paragraph 365 for lack of knowledge or information sufficient to form a belief as to their truth.

366. Denies the allegations contained in paragraph 366.

367. Stricken

367. Stricken

268. Stricken

369. Stricken

370. Stricken

371. Stricken

372. Stricken

373. Stricken

374. Stricken

375. Admits the allegations contained paragraph 375 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

376. Denies the allegations contained in paragraph 376.

377. Defendant incorporates by reference its responses contained in paragraphs 1 through 376 of its answer as though fully set forth here.

378. Denies the allegations contained in paragraph 378.

379. Denies the allegations contained in paragraph 379.

380. Denies the allegations contained in paragraph 380.

381. Denies the allegations contained in paragraph 381.

382. Denies the allegations contained in paragraph 382.

383. Denies the allegations contained in paragraph 383.

384. Denies the allegations contained in paragraph 384.

385. Denies the allegations contained in paragraph 385.

386. Denies the allegations contained in paragraph 386.

387. Denies the allegations contained in paragraph 387.

388. Denies the allegations contained in paragraph 388.

389. Denies the allegations contained in paragraph 389.

390. The allegations contained in paragraph 390 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 390, or to any relief whatsoever.

391. Defendant incorporates by reference its responses contained in paragraphs 1 through 391 of its answer as though fully set forth here.

392. Denies the allegations contained in paragraph 392.

393. Denies the allegations contained in paragraph 393.

394. Denies the allegations contained in paragraph 394.

395. Denies the allegations contained in paragraph 395.

396. Denies the allegations contained in paragraph 396.

397. Denies the allegations contained in paragraph 397.

398. Denies the allegations contained in paragraph 398.

399. Denies the allegations contained in paragraph 399.

400. Denies the allegations contained in paragraph 400.

401. Denies the allegations contained in paragraph 401.

402. Denies the allegations contained in paragraph 402.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 402, or to any relief whatsoever.

403. Defendant incorporates by reference its responses contained in paragraphs 1 through 402 of its answer as though fully set forth here.

404. Denies the allegations contained in paragraph 404 for lack of knowledge or information sufficient to form a belief as to their truth.

405. Denies the allegations contained in paragraph 405.

406. Denies the allegations contained in paragraph 406 for lack of knowledge or information sufficient to form a belief as to their truth.

407. Denies the allegations contained in paragraph 407 for lack of knowledge or information sufficient to form a belief as to their truth.

408. Denies the allegations contained in paragraph 408.

409. Denies the allegations contained in paragraph 409 for lack of knowledge or information sufficient to form a belief as to their truth.

410. Denies the allegations contained in paragraph 410 for lack of knowledge or information sufficient to form a belief as to their truth.

411. Denies the allegations contained in paragraph 411.

412. The allegations contained in paragraph 412 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

413. Denies the allegations contained in paragraph 413.

414. The allegations contained in paragraph 414 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

415. Denies the allegations contained in paragraph 415.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 415, or to any relief whatsoever.

416. Defendant incorporates by reference its responses contained in paragraphs 1 through 415 of its answer as though fully set forth here.

417. Denies the allegations contained in paragraph 417 for lack of knowledge or information sufficient to form a belief as to their truth.

418. Denies the allegations contained in paragraph 418 for lack of knowledge or information sufficient to form a belief as to their truth.

419. Denies the allegations contained in paragraph 419 for lack of knowledge or information sufficient to form a belief as to their truth.

420. Denies the allegations contained in paragraph 420.

421. Denies the allegations contained in paragraph 421 for lack of knowledge or information sufficient to form a belief as to their truth.

422. Denies the allegations contained in paragraph 422 for lack of knowledge or information sufficient to form a belief as to their truth.

423. Denies the allegations contained in paragraph 423.

424. The allegations contained in paragraph 424 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

425. Denies the allegations contained in paragraph 425.

426. The allegations contained in paragraph 426 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

427. Denies the allegations contained in paragraph 427.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 427, or to any relief whatsoever.

428. Defendant incorporates by reference its responses contained in paragraphs 1 through 427 of its answer as though fully set forth here.

429. Denies the allegations contained in paragraph 429.

430. Admits that plaintiff was required to obtain additional gauges and calibration valves; denies the remaining allegations contained in paragraph 430.

431. Denies the allegations contained in paragraph 431.

432. The allegations contained in paragraph 432 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

433. The allegations contained in paragraph 433 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

434. Denies the allegations contained in paragraph 434.

435. Denies the allegations contained in paragraph 435.

436. Denies the allegations contained in paragraph 436.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 436, or to any relief whatsoever.

437. Defendant incorporates by reference its responses contained in paragraphs 1 through 436 of its answer as though fully set forth here.

438. The allegations contained in paragraph 438 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

439. Denies the allegations contained in paragraph 439.

440. Denies the allegations contained in paragraph 440.

441. The allegations contained in paragraph 441 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

442. Denies the allegations contained in paragraph 442.

443. Denies the allegations contained in paragraph 443.

444. Admits the allegations contained in paragraph 444.

445. Denies the allegations contained in paragraph 445.

446. Admits that the contract required that plaintiff design two SDC segments.

447. Denies the allegations contained in paragraph 447.

448. Denies the allegations contained in paragraph 448.

449. Admits that plaintiff was required to obtain additional gauges and calibration valves; denies the remaining allegations contained in paragraph 449.

450. Denies the allegations contained in paragraph 450.

451. Denies the allegations contained in paragraph 451.

452. Denies the allegations contained in paragraph 452.

453. The allegations contained in paragraph 453 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 453, or to any relief whatsoever.

454. Defendant incorporates by reference its responses contained in paragraphs 1 through 453 of its answer as though fully set forth here.

455. The allegations contained in paragraph 455 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

456. The allegations contained in paragraph 456 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

457. Denies the allegations contained in paragraph 457.

458. Denies the allegations contained in paragraph 458.

459. Denies the allegations contained in paragraph 459 for lack of knowledge or information sufficient to form a belief as to their truth.

460. Denies the allegations contained in paragraph 460.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 460, or to any relief whatsoever.

461. Defendant incorporates by reference its responses contained in paragraphs 1 through 460 of its answer as though fully set forth here.

462. The allegations contained in paragraph 462 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

463. Denies the allegations contained in paragraph 463.

464. Denies the allegations contained in paragraph 464.

465. Denies the allegations contained in paragraph 465.

466. Denies the allegations contained in paragraph 466 for lack of knowledge or information sufficient to form a belief as to their truth.

467. Denies the allegations contained in paragraph 467.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 467, or to any relief whatsoever.

468. Defendant incorporates by reference its responses contained in paragraphs 1 through 467 of its answer as though fully set forth here.

469. The allegations contained in paragraph 469 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

470. Denies the allegations contained in paragraph 470.

471. Denies the allegations contained in paragraph 471.

472. Denies the allegations contained in paragraph 472.

473. Denies the allegations contained in paragraph 473 for lack of knowledge or information sufficient to form a belief as to their truth.

474. Denies the allegations contained in paragraph 474.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 474, or to any relief whatsoever.

475. Defendant incorporates by reference its responses contained in paragraphs 1 through 474 of its answer as though fully set forth here.

476. Denies the allegations contained in paragraph 476.

477. Denies the allegations contained in paragraph 477.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 477, or to any relief whatsoever.

478. Defendant incorporates by reference its responses contained in paragraphs 1 through 477 of its answer as though fully set forth here.

479. Admits the allegations contained paragraph 479 to the extent supported by the referenced document, which is the best evidence of its contents; otherwise denies the allegations.

480. Denies the allegations contained in paragraph 480.

481. Denies the allegations contained in paragraph 481.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 481, or to any relief whatsoever.

482. Defendant incorporates by reference its responses contained in paragraphs 1 through 481 of its answer as though fully set forth here.

483. Denies the allegations contained in paragraph 483.

484. The allegations contained in paragraph 484 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 484, or to any relief whatsoever.

485. Defendant denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

FIRST AFFIRMATIVE DEFENSE

To the extent plaintiff seeks damages for work covered by contract modifications P00001, P00002, P00005, P00006 and P00009, such claims are barred by accord and satisfaction.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

OF COUNSEL:

DAVID L. KOMAN
Senior Trial Attorney
Litigation Office
Office of the General Counsel
720 Kennon Street, S.E., Bldg. 36
Washington Navy Yard, DC 20374-5013
202-685-6984
202-685-7036 (Fax)

May 16, 2005

Attorneys for Defendant