# EXHIBIT 1

**McAdams, Dick**

**From:** McAdams, Dick
**Sent:** Monday, October 21, 2002 10:45 AM
**To:** WFM
**Cc:** cgr; gd
**Subject:** FW: SDC

Bill:
Any comment?
Regards,
RMcA

-----Original Message-----
From: Davebdms@aol.com [mailto:Davebdms@aol.com]
Sent: Monday, October 21, 2002 10:15 AM
To: rmcadams@etcusa.com
Cc: palmorerd@nfesc.navy.mil; gallowaytr@navsea.navy.mil
Subject: SDC

Dick,
I talked to Rita about the status of the project you discussed at our CRB in September and as we discussed last week. She stated that before we schedule to meet, she would like to see something on paper. I told her Greg and you were working on your position and should be almost complete. I recommend you send this to Rita and I, we can review it, sit down with Tom and whoever else needs to sit down with us (Bob Whaley, Capt. Wilkins, etc.) and then schedule a time to meet.
thanks,
dave d