# EXHIBIT 2

2

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: (J) | PAGE 1 OF PAGES 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00002 | See Block 16C | Not Applicable | |

6. ISSUED BY — CODE: N47408

NAVFACCO, Code 2727
Offshore Facilities Contracts Branch
Washington Navy Yard
1435 Pendellton Ave., S.E. Bldg. 218, Suite 3000
Washington, DC 20374-5063

7. ADMINISTERED BY (If other than Item 6) — CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Environmental Tectonics Corporation
County Line Industrial Park
125 James Way Road
Southhampton, PA 18966

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (see item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. N47408-98-C-2103

10B. DATED (see item 13) 25 September 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
AA1781319 84FC 255 SAS91 0 068342 2D 208110 SO3940000010 $37,291.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATION OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGE SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-1 CHANGES – FIXED PRICE

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, X is required to sign this document and return two copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section heading, including solicitation/contract subject matter where feasible).

As a modification to the subject contract, funding is being provided for the Contractor's efforts on behalf of the Government to prepare A cost estimate for the Wave Slap loading. This was to increase the loading capacity to the SDC Vans.

——Continued on Page 2——

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Richard E. McAdams, Executive Vice President | RITA D. PALMORE, Ordering Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| [signature] (Signature of person authorized to sign) | 13 Apr 99 | BY ______ (Signature of Contracting Officer) | |

Code 2727
N4740898C2103
Page 2 of 4

Section B of the basic contract **Total Proposed Price For All Items** is hereby corrected to read **$3,241,343.58** is lieu of **$3,214,343.58.**

The contract price is hereby INCREASED in the amount of THIRTY -SEVEN THOUSAND TWO HUNDRED NINETY ONE ($37,291.00) AND NO/100 from a contract total of $ 839,536.58 to $876,827.58.

The contract completion date is extended 180 days from a completion date of 8 April 1999 to and including 13 October 1999.

Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full for both time and money and for any and all costs, impact, effect, and for delays and disruptions arising out of, or incidental to the work as herein revised.

This modification is issued against document number N0002498RC10614 dated 1/06/97.

Distribution:
CONTRACTOR (DUP ORIG)
CODE 2727 (ORIG)
CODE 551 DD
CO, NAVFACENGSERCTR, CODE 13 (RMS), 1100 23RD AVENUE, PORT HUENEME, CA 93043-4370
DFAS—Oakland, California

– See Mod P-3, 4/5/99: The increase is applied to CLIN 0001

OPTIONAL FORM 99 (7-90)

FAX TRANSMITTAL | # of pages ► 2

| | |
|---|---|
| To Mr. McAdams | From Sydney |
| Dept./Agency | Phone # (202) 433-5008 |
| Fax # (215) 357-4000 | Fax # |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

TOTAL P.02