# In the United States Court of Federal Claims

No. 05-746C
Filed June 6, 2006

*************************************

ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

The Government's unopposed May 10, 2006 Motion for Extension of Time is hereby **GRANTED**. The Government will file a Reply to Plaintiff's Opposition to the Government's Motion to Dismiss **on or before July 7, 2006**

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**