# In the United States Court of Federal Claims

No. 05-746C
Filed August 16, 2006

*************************************
ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The Clerk of the Court is directed to strike the Order issued August 16, 2006, Docket # 27.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**