# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION | ) | |
| | ) | No. 05-746C |
| Plaintiff, | ) | (Judge Susan G. Braden) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff Environmental Tectonics Corporation ("ETC") moves, pursuant to Court of Federal Claims Rule 7(b)(1), for an order compelling defendant to produce documents responsive to ETC's First Request for Production of Documents, served June 15, 2006. This production was initially due on July 15, 2006, but ETC agreed to extend the deadline by thirty days at the government's request pursuant to an agreement to extend the cut off date for written discovery until September 30, 2006. The extended deadline expired on Monday, August 14.[1] It is now Monday, August 21, 2006, and despite having sent two letters to counsel for the defendant on August 16th and 17th, attached, ETC has not received *any* response from defendant.

ETC called Chambers concerning this matter last Friday and waited until Monday, but has not heard anything further from defendant. ETC therefore requests the Court to enter an order compelling the defendants to provide ETC with responses to the First Request for Production of Documents no later than Monday, August 28, 2006, and a further extension of the cut off date for written discovery until October 15, 2006.

---

[1] In agreeing to extend the deadline, ETC erroneously calculated the revised deadline as falling on August 15, 2006. This deadline was corrected to August 14 in a subsequent letter from ETC's counsel dated July 21, 2006.

Respectfully submitted this 21st day of August, 2006.

_____s/Brian A. Bannon_______
Brian A. Bannon
Blank Rome LLP
600 New Hampshire Ave, NW
Washington, D.C. 20037
(202) 772-5905 (phone)
(202) 572-8355 (fax)
Bannon-b@blankrome.com

*Counsel for Environmental Tectonics Corporation*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORP., | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 05-746C |
| UNITED STATES,<br>DEPARTMENT OF THE NAVY, | ) | |
| *Defendant.* | ) | |

**Order**

The Court, having considered Plaintiff Environmental Tectonic Corporation's to Compel, has determined that the Motion should be GRANTED. Defendants are ORDERED to respond to Plaintiff's First Request for Production of Documents no later than August 28, 2006.

It is so ORDERED this ____ day of August, 2006.

_______________________________
Judge Susan G. Braden
United States Court of Federal Claims