BLANK ROME LLP
COUNSELORS AT LAW

Phone: (202) 772-5905
Fax: (202) 572-8355
Email: bannon-b@blankrome.com

August 16, 2006

***VIA FACSIMILE AND FIRST CLASS MAIL***

Leslie C. Ohta, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Bureau
1100 L Street, NW – 8th Floor
Washington, D.C. 20530

RE: Response to Plaintiff's First Request for Production of Documents; *Environmental Tectonics Corporation v. United States* (no. 05-cv-00746)

Dear Ms. Ohta:

As we discussed via e-mail on July 18, 2006, Environmental Tectonics Corporation (ETC) agreed to provide the government with a thirty day extension to respond to ETC's First Request for Production of Documents.

Although the extension lapsed on August 15, 2006, ETC has, as of today, not yet received a response from the government. We therefore ask the government to provide us with a response immediately. If you are having difficulties with completing the response, please contact me and we shall attempt to work something out.

Regards,

FCR Brian A. Bannon

# MESSAGE CONFIRMATION

08/16/2006 08:55
ID=BLANK ROME LLP WASHINGTON

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|---|---|---|---|---|---|---|
| 08/16 | 00'32" | 202 514 8640 | TX | 002 | OK | 0000 |

08/16/2006 08:53 BLANK ROME LLP WASHINGTON → 05#118486*06501#3070972# NO.987 P001

BLANK ROME LLP
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

Date: August 16, 2006

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Leslie C. Ohta, Esq. | Department of Justice, Civil Division | (202) 307-0972 | (202) 307-0252 |

| | |
|---|---|
| From: | Andrew W. Dyer |
| | |
| Phone: | (202) 772-5918 |
| Fax: | (202) 572-8364 |
| Email: | dyer-a@blankrome.com |
| Atty No.: | 08905 |

| | |
|---|---|
| # of Pages: (include cover) | 1 |

| | |
|---|---|
| Client/Matter #: | 118486/06501 |

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | x | Call For Pickup: | |
| Will Not Follow: | | Send Interoffice: | |

**COVER MESSAGE:**

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| | | | |
|---|---|---|---|
| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

Watergate, 600 New Hampshire Avenue, NW, Washington, DC 20037
202.772.5800 Fax: 202.772.5858

www.BlankRome.com

BLANK ROME LLP
COUNSELORS AT LAW

# FAX TRANSMITTAL FORM

Date: August 16, 2006

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Leslie C. Ohta, Esq. | Department of Justice, Civil Division | (202) 307-0972 | (202) 307-0252 |

| | |
|---|---|
| **From:** | Andrew W. Dyer |
| | |
| **Phone:** | (202) 772-5918 |
| **Fax:** | (202) 572-8364 |
| **Email:** | dyer-a@blankrome.com |
| **Atty No.:** | 08905 |

| | |
|---|---|
| **# of Pages:** (include cover) | 1 |

| | |
|---|---|
| **Client/Matter #:** | 118486/06501 |

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | x | Call For Pickup: | |
| Will Not Follow: | | Send Interoffice: | |

**COVER MESSAGE:**

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| | | | |
|---|---|---|---|
| **TRANSMITTED BY:** | **DATE SENT:** | **TIME SENT:** | **TIME CALLED:** |
| **BUSY:** | **NO ANSWER:** | **WRONG NUMBER:** | **NO CONNECTION:** |

Watergate, 600 New Hampshire Avenue, NW, Washington, DC 20037
202.772.5800 Fax: 202.772.5858

www.BlankRome.com

BLANK ROME LLP
COUNSELORS AT LAW

Phone: (202) 772-5905
Fax: (202) 572-8355
Email: bannon-b@blankrome.com

August 17, 2006

***VIA FACSIMILE AND FIRST CLASS MAIL***

Leslie C. Ohta, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Bureau
1100 L Street, NW – 8th Floor
Washington, D.C. 20530

RE: Second Request - Response to Plaintiff's First Request for Production of Documents; *Environmental Tectonics Corporation v. United States* (no. 05-cv-00746)

Dear Ms. Ohta:

We have not yet received the government's response to ETC's First Request for Production of Documents. We sent you a letter yesterday concerning this matter to which you have not responded. If we do not receive a response by the close of business today, we will have no choice but to file a motion to compel.

Per my letter of yesterday, if you are having difficulties with completing the response, please contact me concerning a resolution. I look forward to hearing from you.

Regards,

Brian A. Bannon

AWD/BAB

# MESSAGE CONFIRMATION

08/17/2006 12:15
ID=BLANK ROME LLP WASHINGTON

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|---|---|---|---|---|---|---|
| 08/17 | 00'32" | 202 514 8640 | TX | 002 | OK | 0000 |

08/17/2006 12:14 BLANK ROME LLP WASHINGTON → 118486*06501#12023070972 NO.994 P001

BLANK ROME LLP
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

Date: August 17, 2006

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Leslie C. Ohta, Esq | U.S. Department of Justice | 202-307-0972 | |

| | |
|---|---|
| From: | Brian A. Bannon |
| | |
| Phone: | (202) 772-5905 |
| Fax: | (202) 572-8355 |
| Email: | bannon-b@blankrome.com |
| Atty No.: | 08602 |

| | |
|---|---|
| # of Pages: (include cover) | 2 |

| | |
|---|---|
| Client/Matter #: | 118486/06501 |

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | x | Call For Pickup: | x |
| Will Not Follow: | | Send Interoffice: | |

**COVER MESSAGE:**
Please see attached letter in regard to Environmental Tectonics Corporation.

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| | | | |
|---|---|---|---|
| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

BLANK ROME LLP
COUNSELORS AT LAW

# FAX TRANSMITTAL FORM

Date: August 17, 2006

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Leslie C. Ohta, Esq | U.S. Department of Justice | 202-307-0972 | |

| | |
|---|---|
| **From:** | Brian A. Bannon |
| | |
| **Phone:** | (202) 772-5905 |
| **Fax:** | (202) 572-8355 |
| **Email:** | bannon-b@blankrome.com |
| **Atty No.:** | 08602 |

| | |
|---|---|
| **# of Pages:** (include cover) | 2 |

| | |
|---|---|
| **Client/Matter #:** | 118486/.06501 |

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | x | Call For Pickup: | x |
| Will Not Follow: | | Send Interoffice: | |

**COVER MESSAGE:**

Please see attached letter in regard to Environmental Tectonics Corporation.

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| | | | |
|---|---|---|---|
| **TRANSMITTED BY:** | **DATE SENT:** | **TIME SENT:** | **TIME CALLED:** |
| **BUSY:** | **NO ANSWER:** | **WRONG NUMBER:** | **NO CONNECTION:** |

Watergate, 600 New Hampshire Avenue, NW, Washington, DC 20037
202.772.5800 Fax: 202.772.5858

www.BlankRome.com