IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, Plaintiff, | ) | No. 05-746C (Judge Susan G. Braden) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, provides the following status report regarding the parties' discovery disputes. This report has been reviewed by counsel for the plaintiff, Environmental Tectonics Corporation ("ETC"), and he has indicated that he has no objection to the filing of this report.

On September 13, 2006, the parties met to discuss the points counsel for ETC raised in its "bullet points" memorandum that the Court requested that ETC prepare. As the result of those discussions, the Government agreed to provide ETC with emails for Duncan McLean, Jack Maison, and Leonard Whitlock ---- three of the individuals who were identified on ETC's list of 165 email accounts that ETC requested. In addition, the Government agreed to provide the emails from the account of Ed Lancaster, an Oceaneering employee who was not identified on ETC's list. Moreover, at the meeting, the Government provided ETC with copies of three slides from a Power Point Presentation referred to in document NAV0074233, identified by ETC in bullet B. Finally, while the Government was unable to locate the document identified by a six-digit number in ETC's bullet D, the Government agreed to attempt to locate it if ETC's counsel provided the Government with its seven-digit identifying number.

ETC withdrew its demand for documents unrelated to the design and manufacture of the decompression chambers. Based upon the Government's representation that all non-privileged documents responsive to ETC's requests that relate to the design and manufacture of the decompression chambers had been produced, ETC will withdraw its Motion to Compel.

In addition, ETC agreed to the Government's demand that ETC re-scan and image its documents at a higher dpi than had previously been used, in order to increase their legibility. Based upon ETC's estimate of the cost being between $6,000 and $7,000, the Government agreed to bear half of those costs. Finally, ETC agreed to turn over all of the financial records that the Government had requested, and to assist Robert Peterson, the Government's financial expert, in his analyses of those records.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:
DAVID L. KOMAN
Senior Trial Attorney
Navy Litigation Office
Office of the General Counsel
720 Kennon Street, S.E., Bldg. 36,
RM 233
Washington Navy Yard, DC 20374-5013
(202) 685-6984
(202) 685-7036 (Fax)

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

September 20, 2006

Attorneys for Defendant