# In the United States Court of Federal Claims

No. 05-746C
Filed October 31, 2006

*************************************
*
ENVIRONMENTAL TECTONICS *
CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The Government's October 30, 2006 oral motion to amend the February 7, 2006 scheduling order, for good cause shown, is granted. Accordingly, the deadline for serving written discovery is extended to October 6, 2006. Pursuant to the parties' agreement, Plaintiff's deadline for responding to Government's outstanding October 6, 2006 discovery requests is extended to January 19, 2007.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**