IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | ) | No. 05-746C |

**Motion For Leave to Substitute Counsel of Record**

Plaintiff Environmental Tectonics Corporation respectfully moves for leave to substitute its counsel of record in the above-captioned case pursuant to Court of Federal Claims Rule 83.1(c)(4). Please substitute the appearance of Alan M. Freeman for Brian A. Bannon as counsel of record for Environmental Tectonics Corporation in this action. Mr. Bannon, the previous counsel of record for Plaintiff, consents to this substitution and shall remain of counsel for Plaintiff. An Affidavit of Appointment and a proposed Order have been attached to this Motion.

Dated: November 10, 2006
BLANK ROME LLP

By: ______________________
Brian A. Bannon
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5905
Fax: (202) 572-8355

Dated: November 10, 2006
BLANK ROME LLP

By: ______________________
Alan M. Freeman
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5925
Fax: (202) 572-8370

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | No. 05-746C |

**Affidavit of Appointment**

Pursuant to Court of Federal Claims Rule 83.1(c)(4) and under penalty of perjury, I hereby attest that I have been retained by Plaintiff Environmental Tectonics Corporation to represent them as counsel of record in the above-captioned case.

Dated: November 10, 2006

Alan M. Freeman
Blank Rome LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5925
Fax: (202) 572-8370

Subscribed and sworn to before
me this ___ day of November, 2006.

______________________________
Notary Public

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | ) | No. 05-746C |

**Order**

The Court, having considered Plaintiff Environmental Tectonic Corporation's Motion for Leave to Substitute Counsel of Record, has determined that the Motion should be GRANTED. It is so ORDERED this ____ day of November, 2006.

______________________________
Judge Susan G. Braden
United States Court of Federal Claims

**Certificate of Filing**

I certify that I have this ___ day of November 2006 filed the foregoing Motion for Leave to Substitute Counsel, Affidavit of Appointment, and a proposed Order with the Clerk of the Court for the Court of Federal Claims using the CM/ECF system, which will send notification of such filing to:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington D.C. 20530

Brian A. Bannon