IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | No. 05-746C |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**SUBSTITUTE COUNSEL OF RECORD AND WITHDRAW APPEARANCES**

Plaintiff, Environmental Tectonics Corporation, respectfully moves pursuant to Rule 83.1(c)(4) and 83.1(c)(6), and with the consent of its current counsel of record, for leave to substitute its counsel of record and to withdraw the appearances of Alan M. Freeman, Brian A. Bannon and the law firm of Blank Rome LLP. To that end, please enter the appearance of William R. Hinchman, of the law firm Klehr, Harrison, Harvey, Branzburg & Ellers LLP, as counsel of record for the plaintiff, and please withdraw the appearance of Alan M. Freeman as counsel of record, and Brian A. Bannon as "of counsel." An Affidavit of Appointment and a proposed Order are attached to this Motion.

Dated: December 20, 2006 Dated: December 20, 2006

| | |
|---|---|
| BLANK ROME LLP<br><br>By: s/Alan M. Freeman<br>600 New Hampshire Avenue, NW<br>Washington, D.C. 20037<br>(202) 772-5925<br>(202) 572-8370 (fax)<br>freeman@blankrome.com | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP<br><br>By: s/William R. Hinchman<br>260 South Broad Street<br>Philadelphia PA 19102<br>(215) 569-2796<br>(215) 568-6603 (fax)<br>whinchman@Klehr.com |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORP., *Plaintiff*, v. UNITED STATES, DEPARTMENT OF THE NAVY, *Defendant*. | No. 05-746C |

**Affidavit of Appointment**

Pursuant to Court of Federal Claims Rule 83.1(c)(4), and under penalty of perjury, I hereby attest that I have been retained by the plaintiff, Environmental Tectonics Corporation (ETC), to represent ETC as counsel of record in this case.

Dated: December 21, 2006

William R. Hinchman
KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
260 South Broad Street
Philadelphia PA 19102
(215) 569-2796
215-568-6603 (fax)
whinchman@klehr.com

Subscribed and sworn to before me this 21st day of December, 2006.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN LEOMPORRA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 11, 2010

CERTIFICATE OF SERVICE

I certify that on December 21, 2006, a copy of the foregoing was filed via the Court's CM/ECF system, and was served, via facsimile and first-class U.S. Mail, postage prepaid, on William R. Hinchman, Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 260 South Broad Street, Philadelphia, PA 19102. Counsel for the United States was served via notice of electronic filing by the Court's CM/ECF system.

s/Alan M. Freeman

Alan M. Freeman
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
(202) 772-5925
(202) 572-8370 (fax)