IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORP., | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 05-746C |
| UNITED STATES, DEPARTMENT OF THE NAVY, | ) | |
| *Defendant.* | ) | |

**Order**

Upon consideration of plaintiff Environmental Tectonics Corporation's Motion for Leave to Substitute Counsel of Record and Withdraw Appearances, it is hereby:

ORDERED, that the Motion be, and it hereby is, GRANTED.

________________________________
Judge Susan G. Braden
United States Court of Federal Claims

Dated: December ___, 2006