IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 05-746C (Judge Susan G. Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND THE DISCOVERY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that this Court amend its February 7, 2006 and October 30, 2006 orders, that set deadlines for the completion of discovery, to provide as follows: that the deadline within which to complete fact witness discovery be extended from December 1, 2006, to February 28, 2007; that the deadline within which to exchange expert reports be extended from January 19, 2007, until February 19, 2007; that the deadline within which to exchange supplemental expert reports be extended from February 12, 2007, to March 12, 2007; and that the deadline within which to complete expert depositions be extended from March 2, 2007, until April 2, 2007.

This is our first request to amend the scheduling order. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion. This requested enlargement is due to the fact that Government counsel was out of the office for almost two weeks in December in connection with a family medical emergency in Connecticut. In addition, Government counsel was on annual leave for two weeks in December. This requested enlargement will not affect the trial schedule.

Accordingly, we respectfully request the Court to enlarge the time within which discovery is to be completed.[1]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 10, 2007

Attorneys for Defendant

---

[1] While ETC does not agree with the following, it is the Government's position that prior counsel for ETC agreed, following the depositions of several ETC witnesses, to provide the Government with copies of certain documents previously withheld based upon the assertion of either the attorney-client or work-product privilege. ETC's counsel also agreed that the Government could resume the depositions of those witnesses for whom documents were subsequently produced, if the production of those documents raised additional questions. ETC has not yet produced any documents that have been withheld. Moreover, the Government received documents produced in response to a subpoena served upon Grant Thorton, an accounting firm that provided services to ETC in connection with the underlying contract, on November 30, 2006, on January 9,2007. In addition, the Court ordered deadline for ETC to respond to the Government's outstanding discovery requests is January 19. 2007. After reviewing the additional documents recently produced by Grant Thorton, and to be produced by ETC, the Government may seek an additional extension of time within which to complete fact witness depositions.