# In the United States Court of Federal Claims

No. 05-746C
Filed January 22, 2007

*************************************
ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

## AMENDED SCHEDULING ORDER

The Government's January 19, 2007 Unopposed Motion to Amend the Discovery Schedule is hereby granted. Accordingly, the amended schedule is as follows:

1) Fact discovery. All fact witness discovery shall conclude on or before February 28, 2007.

2) Expert discovery. The parties will exchange expert reports on or before February 19, 2007. The parties will exchange supplemental expert reports on or before March 12, 2007. All expert depositions shall be completed on or before April 2, 2007.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**