# In the United States Court of Federal Claims

No. 05-746C
Filed April 30, 2007

*************************************
*
ENVIRONMENTAL TECTONICS *
CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*
*************************************

**AMENDED SCHEDULING ORDER**

Pursuant to the parties' April 30, 2007 email request, the court hereby orders that both parties file memoranda of contentions of fact and law in accordance with ¶ 14(b) of Appendix A on or before May 22, 2007.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**