# In the United States Court of Federal Claims

No. 05-746C
Filed: May 21, 2007

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to the parties' May 21, 2007 email request, the court hereby orders that the time for submission of both parties memoranda of contentions of fact and law be extended until May 30, 2007.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**