IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, | ) | |
| Plaintiff, | ) | No. 05-746C (Judge Susan G. Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to the Court's scheduling order and ¶ 15 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully sets forth a list of witnesses defendant expects to call at trial and witnesses defendant may call if the need arises. In addition, defendant reserves the right to call any witnesses appearing on plaintiff's witness list.

David DeAngelis
Deputy Director for Programs
Protective Security Division
Department of Homeland Security
1110 Glebe Road
Arlington, VA
(703) 235-5707

Mr. DeAngelis is expected to testify regarding the observations he made, the actions he took, and the opinions he formed during his involvement with the contract. Mr. DeAngelis was involved with this project from 1997 until January 2003, when he left to work for the Department of Homeland Security. During pre-award, Mr. DeAngelis chaired the Technical Evaluation Board. The Board was responsible for evaluating the technical proposals submitted. As project manager, Mr. DeAngelis was responsible for monitoring ETC's contract performance from a technical standpoint to ensure that ETC was in compliance with the technical requirements of the contract. In addition, Mr. DeAngelis was also the contracting officer's technical representative ("COTR"), who acted as the liaison between the contractor and the contracting officer.

Estimated time for direct: 3 hours

Thomas Galloway
NAVSEA OOC-31
Detailed to NAVSEA PM394
1339 Patterson Ave, SE, Stop 7026
Washington Navy Yard, DC 20376-7026
(202) 781-7313

Mr. Galloway is expected to testify regarding the observations he made, the actions he took, and the opinions he formed during his involvement with the contract. Mr. Galloway was a member of the Technical Evaluation Board. From 1998 until 2003, he was also the program manager. He currently is NAVSEA's technical director for the project.

Estimated time for direct: 3 hours

Charles Thompson
NFESC-ECD
720 Kennon Street, SE, Bldg. 36, Suite 333
Washington Navy Yard, DC 20374-5063
(202) 433-5478

Mr. Thompson is expected to testify regarding the observations he made, the actions he took, and the opinions he formed, during his involvement with the contract. Mr. Thompson is the current project manger. He assumed that position when Mr. DeAngelis left in January 2003. Mr. Thompson has been involved with the project from 1998 to the present. Mr. Thompson sat as a board member on the Technical Evaluation Board and has acted as the quality control manager for this contract.

Estimated time for direct: 3 hours

Matt Walters
Oceaneering International, Inc.
7001 Dorsey Road
Hanover, MD 21076
(443) 459-3711

Mr. Walters has been involved in this project from contract award through the present. As an engineer with Oceaneering, Mr. Walters was involved in the preparation of the request for proposals and during the performance of the contract was tasked by NAVSEA to review technical documentation, including drawings, reports, and analyses, for the SDC contract awarded to ETC.

Estimated time for direct: 2 hours

Jack R. Maison
Adaptive Computer Tech Inc.
3507 Hunters Sound
San Antonio, TX 78230-2838
210-479-6415

Dr. Maison is expected to testify regarding the observations he made, the actions he took, and the opinions he formed, during his involvement with the contract. Dr. Maison was involved in this project from contract award through 2004. Dr. Maison was a consultant to Oceaneering who was tasked with reviewing and commenting upon the documentation submitted by ETC.

Estimated time for direct: 2 hours

Rita Palmore
c/o Jaime Palmore
12415 Weddington Street, Apt. 8
Valley Village, CA 91607

Ms. Palmore is expected to testify regarding the observations she made, the actions she took, and the opinions she formed during her involvement with the contract. Ms. Palmore was the procurement and administrative contracting officer from 1998 until she retired in May/June 2005.

Estimated time for direct: 1 hour

Steve Simon
DCAA PA Branch Office
700 American Avenue, Suite 100
Kink of Prussia, PA 19406-4031
(610) 878-2860

Mr. Simon is expected to testify regarding the observations he made, the actions he took, and the opinions he formed during his involvement with the contract. Mr. Simon performed the December 17, 2003 audit of ETC's request for equitable adjustmnt.

Estimated time for direct: 2 hours

Agent John Franciotti
Naval Criminal Investigative Service
700 Robbins Ave.
Philadelphia, PA 19111
(215) 697-6694
(215) 778-9038 (Cell)

Agent Franciotti is expected to testify regarding the observations he made, the actions he took, and the opinions he formed, during his involvement with the contract. Agent Franciotti conducted a criminal investigation related to possible mis-charges by ETC for labor, indirect/direct costs and material costs for the subject contract.

Estimated time for direct: 1 hour

Onur Coskun
Abrec Ses ve Isik Sistemleri
Halide Edip Adivar Mahallesi Kutlubey Sok. 29/B - Sisli
Istanbul, Turkey 034382
+90 212 210 0788 (Fax)
443-370-2806

Mr. Coskun is expected to testify regarding his involvement in the contract as an employee of ETC and about his involvement in the FEA analyses.

Estimated time for direct: 1 hour

Robert Reed

Mr. Reed is expected to testify regarding the observations he made, the actions he took, and the opinions he formed, during his involvement with the contract. Mr. Reed is expected to testify regarding events pertaining to ETC's performance under the contract during the time he was employed by ETC.

Estimated time for direct: 1 hour

Michael Allen

Mr. Allen is expected to testify regarding the observations he made, the actions he took, and the opinions he formed, during his involvement with the contract. Mr. Allen is expected to testify regarding events pertaining to ETC's performance under the contract during the time he was employed by ETC.

Estimated time for direct: 1 hour

Gary G. Monesmith

Mr. Monesmith is expected to testify regarding the observations he made, the actions he took, and the opinions he formed, during his involvement with the contract. Mr. Monesmith is expected to testify regarding events pertaining to ETC's performance under the contract during the time he was employed by ETC.

Estimated time for direct: 1 hour

Paul L. Kelley
Simpson Gumpertz & Heger Inc.

Mr. Kelley is expected to testify about Simpson Gumpertz & Heger's review, evaluation and analyses of ETC's technical claims.

Estimated time for direct: 4 hours

Atis Liepins
Simpson Gumpertz & Heger Inc.

Mr. Liepins is expected to testify regarding the FEA analyses he performed in connection with Simpson Gumpertz & Heger's review, evaluation and analyses of ETC's technical claims.

Estimated time for direct: 1 hour

Phil Nuytten
Nuytco Research Limited

Mr. Nuytten is expected to testify about his review, evaluation, and analyses of some of ETC's technical claims.

Estimated time for direct: 1 hour

Richard Paullin
Contract Solutions LLC

Mr. Paullin is expected to testify about Contract Solution's review, evaluation and analyses of ETC's claims and the project schedule.

Estimated time for direct: 3 hours

Robert A. Peterson
LitCon Group, LLC

Mr. Peterson is expected to testify about LitCon Group's review, evaluation and analyses of ETC's damages claims.

Estimated time for direct: 3 hours

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

<u>OF COUNSEL</u>:

DAVID L. KOMAN
Senior Trial Attorney
Litigation Office
Office of the General Counsel
720 Kennon Street, S.E., Bldg. 36
Washington Navy Yard, DC 20374-5013
202-685-6984
202-685-7036 (Fax)

May 30, 2007