# In the United States Court of Federal Claims

No. 05-746C
Filed: June 7, 2007

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

Pursuant to the parties' June 7, 2007 email request, the court hereby orders that the time for submission of witness and exhibit lists be extended until June 15, 2007.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**