# In the United States Court of Federal Claims

No. 05-746C
Filed: June 14, 2007

| | |
|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Upon consideration of the Government's June 4, 2007 Motion for Leave Amend its Answer to Assert Affirmative Defenses and Counterclaims and Plaintiff's oral opposition at the June 13, 2007 status conference, the court hereby grants the Government's Motion. The Government will file a separate Amended Answer.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**