**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ENVIRONMENTAL TECTONICS CORPORATION, :
:
Plaintiff, :
:
v. : No. 05-746C
:
THE UNITED STATES, :
:
Defendant. :

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to the Court's scheduling order and the Rules of the Court of Federal Claims, Plaintiff, Environmental Tectonics Corporation, respectfully sets forth a list of exhibits Plaintiff intends to use at trial. Plaintiff incorporates herein by reference and reserves the right to use any document included on Defendant's exhibit list.[1]

| Exhibit # | Date | Description of Exhibit |
|---|---|---|
| 200 | 1/14/99 | Construction Review Board ("CRB") meeting minutes, with attachments |
| 201 | 3/22-23/99 | CRB minutes, with attachments |
| 202 | 4/20/99 | CRB minutes, with attachments |
| 203 | 5/25-26/99 | CRB minutes, with attachments |
| 204 | 7/19-20/99 | CRB minutes, with attachments |
| 205 | 11/9-10/99 | CRB minutes, with attachments |
| 206 | 12/14-15/99 | CRB minutes, with attachments |
| 207 | 8/23-24/00 | CRB minutes, with attachments |
| 208 | Reserved | |
| 209 | 9/27/00 | CRB minutes, with attachments |
| 210 | 12/07/00 | CRB minutes, with attachments |
| 211 | 1/25/01 | CRB minutes, with attachments |
| 212 | 4/16-17/01 | CRB minutes, with attachments |
| 213 | 6/14-15/01 | CRB minutes, with attachments |
| 214 | Reserved | |

[1] Plaintiff's exhibits are sequentially marked beginning with number 200. Certain exhibit numbers are listed as "reserved."

| | | |
|---|---|---|
| 215 | 8/9-10/01 | CRB minutes, with attachments |
| 216 | 10/17-18/01 | CRB minutes, with attachments |
| 217 | 3/13-15/02 | CRB minutes, with attachments |
| 218 | 5/7-8/02 | CRB minutes, with attachments |
| 219 | 7/17-18/02 | CRB minutes, with attachments |
| 220 | 10/15/02 | CRB minutes, with attachments |
| 221 | 9/19/02 | CRB minutes, with attachments |
| 222 | 8/22/02 | Email regarding CRB |
| 223 | 12/4-6/02 | CRB minutes, with attachments |
| 224 | 6/05/03 | CRB minutes, with attachments |
| 225 | 1/31/04 | CRB minutes, with attachments |
| 226 | Reserved | |
| 227 | Reserved | |
| 228 | Reserved | |
| 229 | Reserved | |
| 230 | 11/23/98 | Progress Report, with attachments |
| 231 | 12/11/98 | Progress Report, with attachments |
| 232 | 1/08/99 | Progress Report, with attachments |
| 233 | 3/24/99 | Progress Report, with attachments |
| 234 | 4/12/99 | Progress Report, with attachments |
| 235 | 5/10/99 | Progress Report, with attachments |
| 236 | 6/11/99 | Progress Report, with attachments |
| 237 | 7/13/99 | Progress Report, with attachments |
| 238 | 8/11/99 | Progress Report, with attachments |
| 239 | 9/22/99 | Progress Report, with attachments |
| 240 | 10/19/99 | Progress Report, with attachments |
| 241 | 12/13/99 | Progress Report, with attachments |
| 242 | 2/14/00 | Progress Report, with attachments |
| 243 | 5/15/00 | Progress Report, with attachments |
| 244 | 6/14/00 | Progress Report, with attachments |
| 245 | 7/17/00 | Progress Report, with attachments |
| 246 | 12/05/00 | Final Design Presentation |
| 247 | 12/12/00 | Progress Report, with attachments |
| 248 | 1/02/01 | Emails regarding final design |
| 249 | 1/17/01 | Progress Reports, with attachments |
| 250 | 3/09/01 | Progress Reports, with attachments |
| 251 | 3/12/01 | Progress Reports, with attachments |
| 252 | 3/25/02 | Progress Reports, with attachments |
| 253 | 6/19/02 | Email forwarding SDC data |
| 254 | 4/12/02 | Email |
| 255 | 7/16/02 | Progress Reports, with attachments |
| 256 | 10/18/02 | Progress Report, with attachments |
| 257 | 10/25/02 | Email regarding continuation of 11/02 CRB meeting |
| 258 | 12/02/02 | Progress Report, with attachments |
| 259 | 12/17/02 | Email re: finalizing data item problems |

| | | |
|---|---|---|
| 260 | 1/07/03 | Progress Report, with attachments |
| 261 | 6/27/03 | Progress Reports, with attachments |
| 262 | Reserved | |
| 263 | Reserved | |
| 264 | Reserved | |
| 265 | Reserved | |
| 266 | 11/09/98 | Request For Information ("RFI") 0001, Van FEA |
| 267 | 11/09/98 | RFI 0002, Corrosion Allowance |
| 268 | 11/09/98 | RFI 0003, Metric Dimensioning |
| 269 | 11/09/98 | RFI 0004, Drawing No. Assignment |
| 270 | 11/09/98 | RFI 0005, MAWP reduction |
| 271 | 11/19/98 | RFI 0006, Mat'l Test Records |
| 272 | 12/21/98 | RFI 0007, FEA allowable stresses |
| 273 | 12/21/98 | RFI 0008, SDC Vans |
| 274 | 12/21/98 | RFI 0009, Wave Slap Loading |
| 275 | 12/21/98 | RFI 00010, PVHO Med Lock Fatigue Stresses |
| 276 | 12/21/98 | RFI 00011, Grab Bars/Bunk Brackets |
| 277 | 1/06/99 | RFI 00012, Conflicting Dwg. Information/revision |
| 278 | 1/06/99 | RFI 00013, Mounting Button |
| 279 | 1/06/99 | RFI 00014, Manhole Flange Finish |
| 280 | 1/06/99 | RFI 00015, DTL Mounting Plates |
| 281 | 1/06/99 | RFI 00016, Modified Transfer Lock (MTL) imposed loads |
| 282 | 1/06/99 | RFI 00017, PVHO's |
| 283 | 1/06/99 | RFI 00018, SDC Van Assemblies |
| 284 | 1/06/99 | RFI 00019, Specified Design Loading |
| 285 | 1/06/99 | RFI 00020, Manway bolts |
| 286 | 1/06/99 | RFI 00021, 02 Treatment System |
| 287 | 1/06/99 | RFI 00021A, 02 Treatment System |
| 288 | 1/06/99 | RFI 00022, 02 Treatment System |
| 289 | 1/06/99 | RFI 00023, Emergency Air BIBS Systems |
| 290 | 1/06/99 | RFI 00024, PVHO Pressurization & Depressurization Piping |
| 291 | 1/06/99 | RFI 00024A, PVHO Pressurization & Depressurization Piping |
| 292 | 1/06/99 | RFI 00025, PVHO Pressurization & Depressurization Piping |
| 293 | 1/06/99 | RFI 00026, Depressurization Controls |
| 294 | 1/07/99 | RFI 00027, Voltage of Interior Lighting |
| 295 | 1/07/99 | RFI 00028, Emergency Lighting and intensity |
| 296 | 1/07/99 | RFI 00029, Camera/Monitor resolution |
| 297 | 1/07/99 | RFI 00030, Depth Gauge |
| 298 | 1/07/99 | RFI 00031, Oxygen Monitors |
| 299 | 1/07/99 | RFI 00032, Status Panel |
| 300 | 1/07/99 | RFI 00033, Control Console |
| 301 | 2/11/99 | RFI 00034, Hollow Bolt Penetrators |
| 302 | 2/11/99 | RFI 00035, Elect. Schematic |
| 303 | 2/11/99 | RFI 00036, Communication System |
| 304 | 2/11/99 | RFI 00037, Pipe Size |

| | | |
|---|---|---|
| 305 | 2/11/99 | RFI 00038, Primary Air Supply |
| 306 | 2/11/99 | RFI 00039, Primary 02 Supply |
| 307 | 2/11/99 | RFI 00040, Secondary Air Supply |
| 308 | 2/11/99 | RFI 00041, Secondary 02 Supply |
| 309 | 2/11/99 | RFI 00042, Emergency Air |
| 310 | 4/06/99 | RFI 00043, Video Monitoring System Pan/Tilt Controls |
| 311 | 4/06/99 | RFI 00044, Use of Buttons for Attach Appurten of Chmbr Weldment |
| 312 | 4/06/99 | RFI 00045, Surface Finish of PVHO Surfaces |
| 313 | 5/19/99 | RFI 00046, Gauge Isolation Valves (Revised) |
| 314 | 4/19/99 | RFI 00047, Structural Analysis SDC/Van Structure |
| 315 | 4/19/99 | RFI 00048, Anticipated Forces on Manway Hatches |
| 316 | 5/19/99 | RFI 00049, BIBS header outlet pressure |
| 317 | 5/19/99 | RFI 00050, Spares/Control Van Height |
| 318 | 5/19/99 | RFI 00051, Environmental Piping-Valves |
| 319 | Reserved | |
| 320 | 5/19/99 | RFI 00053, SDC Van Ladder Locations |
| 321 | 5/19/99 | RFI 00054, Surface Finish of PVHO Surfaces (resubmittal of #45) |
| 322 | 6/07/99 | RFI 00055, Worst-case Exposure Scenario |
| 323 | 6/17/99 | RFI 00056, BIBS Supply Pressures |
| 324 | 6/17/99 | RFI 00057, Dimensioning & Tolerancing |
| 325 | 6/17/99 | RFI 00058, Waste Effluent Connection 1 AX-WW-C-1 |
| 326 | 6/17/99 | RFI 00059, Control Schematic Updates |
| 327 | 6/17/99 | RFI 00060, Thirteen Load Cases |
| 328 | 7/01/99 | RFI 00061, Aft End Revisions |
| 329 | 7/01/99 | RFI 00062, Flange Data Required |
| 330 | 7/01/99 | RFI 00063 Man-way Vertical Location |
| 331 | 7/01/99 | RFI 00064, Man-way Flange Projection |
| 332 | 8/02/99 | RFI 00065, Surface Finish of PVHO Surface (resubmittal of #54) |
| 333 | 9/22/99 | RFI 00066, Control Console NEMA Rating |
| 334 | 9/01/99 | RFI 00067, Certification Analysis |
| 335 | 9/01/99 | RFI 00068, Chamber Interior Handrails |
| 336 | 9/01/99 | RFI 00069, 02 QDs for Rebreathers |
| 337 | 9/01/99 | RFI 00070, Potable and Waste System Design |
| 338 | 10/06/99 | RFI 00071, pC02 Limits |
| 339 | Reserved | |
| 340 | 10/15/99 | RFI 00073, Use of Straight Grade SS in Chamber |
| 341 | 10/15/99 | RFI 00074, Viewport Reporting Requirements |
| 342 | 11/05/99 | RFI 00075, Corrosion Allowances on SDC Van |
| 343 | 11/05/99 | RFI 00076, Aft End Revision |
| 344 | 11/05/99 | RFI 00077, Potable & Waste System Design |
| 345 | Not Dated | RFI 00078, DRAFT RF 1078D |
| 346 | Not Dated | RFI 00079, DRAFT RF 1079D |
| 347 | 12/20/99 | RFI 00080, Chg Incoming Hull Valves to Check Valves |
| 348 | 12/20/99 | RFI 00081, Chamber Interior Lighting Arrangement |

| | | |
|---|---|---|
| 349 | 12/20/99 | RFI 00082, General Requirements for Connectors |
| 350 | 12/20/99 | RFI 00083, Risk Categories |
| 351 | 4/04/00 | RFI 00084, External Scrubber/ESC System (Supplement 5/19/00) |
| 352 | 6/14/00 | RFI 00084A, External Scrubber/ECS System |
| 353 | 2/09/00 | RFI 00085, Bibs Emergency Air Design Flow Requirement |
| 354 | 2/09/00 | RFI 00086, Drawing and Bill of Material Requirements |
| 355 | 2/04/00 | RFI 00087, Definition of FEA Load Cases to be Analyzed |
| 356 | 2/04/00 | RFI 00088, General Questions and Comments |
| 357 | 2/04/00 | RFI 00089, Air Conditioner Placement |
| 358 | 2/04/00 | RFI 00089A, Air Conditioner Placement |
| 359 | 2/24/00 | RFI 00090, Inspection of Pressure Vessel Plate & forging Materials |
| 360 | 2/07/00 | RFI 0009l, System Safety Program Plan (SSPP) |
| 361 | 2/09/00 | RFI 00092, Weight Plan Submittal |
| 362 | 2/25/00 | RFI 00093, NPT Mufflers |
| 363 | 3/14/00 | RFI 00094, Load Case and FEA Resolutions |
| 364 | 5/02/00 | RFI 00095, Van Structure |
| 365 | Reserved | |
| 366 | 3/24/00 | RFI 00097, FEA Models |
| 367 | 4/06/00 | RFI 00098, Weldment Van Frame SDCl and SDC2 |
| 368 | 5/11/00 | RFI 00099, Ultrasonic Thickness Inspection |
| 369 | 5/11/00 | RFI 000100, PVHO Walkway Head Clearance |
| 370 | 5/18/00 | RFI 000101 ICD, SDC Van/Deck Template |
| 371 | 6/14/00 | RFI 000102, Door Hinge Design |
| 372 | 6/14/00 | RFI 000103, General Requirement for Fasteners |
| 373 | 8/02/00 | RFI 000104, Orbital Pipe Weld NDE Sampling Reduction |
| 374 | 8/02/00 | RFI 000105, Gas Calibration Unit |
| 375 | 8/02/00 | RFI 000106, Pipe Fitting Materials |
| 376 | 8/02/00 | RFI 000107, FEA Analysis vs. Hand Calculations |
| 377 | 8/02/00 | RFI 000108, Weld Map |
| 378 | 8/02/00 | RFI 000109, Lifting of the SDC Vans |
| 379 | 8/16/00 | RFI 000110, Medlock Outer Door Assembly |
| 380 | 8/25/00 | RFI 000110A, Medlock Outer Door Assembly |
| 381 | 9/08/00 | RFI 000111, ICD, SDC Vans/Deck Template |
| 382 | 11/01/00 | RFI 000112, Removable Ladder Location |
| 383 | Reserved | |
| 384 | 10/19/00 | RFI 000114, Frame Material Category |
| 385 | 10/19/00 | RFI 000115, RFI 081, Chamber Interior Lighting Arrangement |
| 386 | 10/19/00 | RFI 000116, RFI 110A, Medlock Outer Door Assembly |
| 387 | 10/19/00 | RFI 000117, Secondary 02 Analyzer Design |
| 388 | 10/19/00 | RFI 000118, Final Design Submittal |
| 389 | 11/21/00 | RFI 000119, Control Schematic Updates |
| 390 | 1/30/01 | RFI 000120, Drawing Notes |
| 391 | 2/15/01 | RFI 000121, Manway Reinforcement |
| 391A | 2/15/01 | Panel I.D. Tags |
| 391B | 2/15/01 | Component Tags |

| | | |
|---|---|---|
| 392 | 2/27/01 | RFI 000124, Spare Penetrator Locations |
| 393 | 3/06/01 | RFI 000125, Deviation Request B 16.34 |
| 394 | 3/09/01 | RFI 000126, BIBS Control Panel Locations |
| 395 | 3/09/01 | RFI 000127, Hose Tagging |
| 396 | 3/09/01 | RFI 000128, Shimming & Movement of Control Panel |
| 397 | 3/09/01 | RFI 000129, Pipe Thred Flow Meter |
| 398 | 3/16/01 | RFI 000130, SDC Control Room Seats |
| 399 | 3/16/01 | RFI 000131, Redundant FEA Analysis |
| 400 | 3/16/01 | RFI 000132, Lug Design & Grid Pattern |
| 401 | 3/16/01 | RFI 000133, Alignment Analysis |
| 402 | 3/21/01 | RFI 000134, SDC 1 & 2 Ladder Location |
| 403 | 3/21/01 | RFI 000135, Demand Regulator for the Oxygen Inhalators |
| 404 | 3/21/01 | RFI 000136, Hardware Materials |
| 405 | 3/21/01 | RFI 000137, Design change of the Van skin panel mounting bars |
| 406 | 4/19/01 | RFI 000138, Component & Panel Tags |
| 407 | 4/19/01 | RFI 000139, Design Improvement of Van Skin Mnt'g Bars & Fab Tolerances |
| 408 | 5/11/01 | RFI 000140, Hardware Material |
| 409 | 5/16/01 | RFI 000141, Charpy Impact Testing of 300 Series Stainless Steel |
| 410 | 6/22/01 | RFI 000142, UT or PT Inspection of Stainless Steel Bar |
| 411 | 6/22/01 | RFI 000143, Bumper for Hatches & Doors |
| 412 | 6/26/01 | RFI 000144, Demand Regulators for the Oxyen Inhalators |
| 413 | 6/27/01 | RFI 000145, Potable Water Pressurization |
| 414 | 7/25/01 | RFI 000146, Schematic Errors |
| 415 | 7/26/01 | RFI 000147, QW-482 Welding Procedure Spec |
| 416 | 9/25/01 | RFI 000148, UT Requirement for Saddle Plates |
| 417 | 9/28/01 | RFI 000149, ECS Drain Locations |
| 418 | 10/05/01 | RFI 000150, IDC Electrical Interface Dwgs #7268140 |
| 419 | 10/22/01 | RFI 000151, Ball Valve Alternative Selection |
| 420 | 11/07/01 | RFI 000152, ECS Inlet |
| 421 | 11/27/01 | RFI 000153, 10 Micron Filters |
| 422 | 4/22/02 | RFI 000154, ICD Drawing Revision Level Confirmation |
| 423 | 1/21/02 | RFI 000155, Pipe Support Evaluation |
| 424 | 1/31/02 | RFI 000156, Items to be shipped separately |
| 425 | 9/17/02 | RFI 000157, Cost Adder for A/C, Handler, Labor & Interface Panl Revs |
| 426 | 2/13/02 | RFI 000158, Eliminate Req. for Humidity Control |
| 427 | 2/01/02 | RFI 000159, Move the ECS Control Air to the Emergency Bibs Line |
| 428 | 2/13/02 | RFI 000160, Revised Pressure Gauge Selection |
| 429 | 2/14/02 | RFI 000161, 7397893 Pressure control Schematic Revision |
| 430 | 2/13/02 | RFI 000162, Separate Listing & Mitigation of CAT I & II Hazard Severities |
| 431 | 2/15/02 | RFI 000163, Reach Rod Additions |
| 432 | 2/13/02 | RFI 000164, ASTM A 537 Class l as Sl Material |

| | | |
|---|---|---|
| 433 | 4/03/02 | RFI 000165, Welded v. Seamless Tue & Tube Fittings |
| 434 | 4/19/02 | RFI 000166, Manway Door Back Pressure Prevention |
| 435 | 5/01/02 | RFI 000167, Extension |
| 436 | 4/24/02 | RFI 000168, Van Non-structural Welding Requirement |
| 437 | 4/24/02 | RFI 000169, Evaluate Bumpers at Assembly |
| 438 | 7/15/02 | RFI 000170, Evaluate Bunk Strength at Assembly |
| 439 | 5/31/02 | RFI 000171, Revision to Navy Drawing 7268145, Rev C |
| 440 | 6/06/02 | RFI 000172, UT Examination of Chamber Welds |
| 441 | 6/11/02 | RFI 000173, Panel Support Web Fillet Welds |
| 442 | Reserved | |
| 443 | 7/29/02 | RFI 000175, PVHO Chamber Interior Lighting - Cable |
| 444 | 8/22/02 | RFI 000176, Use of Standard CPV Unions |
| 445 | 8/23/03 | RFI 000177, Filter Alternate Selection |
| 446 | 9/10/02 | RFI 000178, Bunk Finish |
| 447 | 10/28/02 | RFI 000179, Medical Suction Circuit |
| 448 | 11/07/02 | RFI 000180, Medlock Piping Circuit |
| 449 | 11/15/02 | RFI 000180A, Medlock Piping Circuit |
| 450 | 12/02/02 | RFI 000180B, Medlock Piping Circuit |
| 451 | 9/10/02 | RFI 000181, BCS Loop Cleaning |
| 452 | 9/18/02 | RFI 000182, Manway Door |
| 453 | Reserved | |
| 454 | 10/14/02 | RFI 000184, Piping QA Package Design |
| 455 | 10/21/02 | RFI 000185, Check Valve Alternative Selection |
| 456 | 11/21/02 | RFI 000186, Rhinoball Valve Resubmittal |
| 457 | 1/03/02 | RFI 000186A, Rhinoball Valve Resubmittal |
| 458 | 6/20/05 | RFI 000187A, Additional Van Welding |
| 459 | 12/02/02 | RFI 000188, Manway Door Boss Repair |
| 460 | Reserved | |
| 461 | 1/21/03 | RFI 000190, DLT Flange Location |
| 462 | 3/25/03 | RFI 000191, Top Saddle Design, Materials, Analysis, Stress |
| 463 | 5/20/03 | RFI 000192, Hydrostatic Testing of External Pressure Vessels – 1.8 Design Pressure |
| 464 | 5/27/03 | RFI 000193, Elimination of Manway Exterior Grab bar Handles |
| 465 | 6/25/03 | RFI 000194, Visual Testing Requirement |
| 466 | 8/12/05 | RFI 000198A, Control Room Seating |
| 467 | 9/26/05 | 00199, Component Tags |
| 468 | 9/26/05 | 00200, DTL-MTL Flows with Attachment (Transfer Lock Supply Flow Data) |
| 469 | 3/31/06 | 00201, Paramagnetic $O_2$ Analyzer |
| 470 | 3/31/06 | 00202, ECS Loop Hole – Stop Check Valve |
| 471 | 7/01/03 | RFI Log-SDC |
| 472 | 11/08/02 | Palmore email to Melendez |
| 473 | 2/07/03 | Correspondence from Naomi Melendez to Defense Contract Audit Agency |
| 474 | 4/29/98 | Correspondence from Rita D. Palmore to Environmental Tectonics |

| | | |
|---|---|---|
| | | Corporation |
| 475 | 06/01 | Memorandum of C.A. Thompson to Participants at ETC CRB meeting |
| 476 | 5/19/99 | Email from Robert Warren to Thomas Galloway re: accuracy of SRDRS documentation |
| 477 | 8/20/99 | Email from Robert Warren to Thomas Galloway re: SRDRS Aux. Van review |
| 478 | 11/11/99 | Memorandum to file from J. Bruce Gearhart re: SDC CRB, 9-10 November 1999 at ETC |
| 479 | 6/20/03 | Email from William Brougham to Steven Thoresen re: Requested Concerns References – Part I |
| 480 | 6/08/01 | Email from Bruce Gearhart to Scott Lopez re: SDC 1 CDR comments update. XLS. |
| 481 | 5/26/04 | Email from James Gearhart to Scott Lopez re: SDC comments |
| 482 | 9/26/02 | Email from Dave DeAngelis to C.A. Thompson re: meeting on project teams execution |
| 483 | 9/25/02 | Email from Robert Warren to Dave DeAngelis re: concern |
| 484 | 12/07/03 | Email from Gearhart to Lopez (differing dates) re: common SDC 2 comments – yet again |
| 485 | 1/22/02 | Memorandum to file of Bruce Gearhart re: SDC and Van CRB meeting minutes |
| 486 | 12/07/01 | System Criticality Report |
| 487 | 11/17/97 | ETC contract file copy of solicitation |
| 488 | 6/01/04 | Email from Robert Warren to Scott Lopez re: draft piping bracket checks |
| 489 | Not Dated | Oceaneering cost estimate |
| 490 | 9/25/98 | Contract award |
| 491 | 10/12/97 | Memo from Robert C. Whaley re: Oceaneering Checks |
| 492 | 5/28/98 | Source selection results |
| 493 | 7/22/04 | Technical evaluation with government comments |
| 494 | Reserved | |
| 495 | Reserved | |
| 496 | Reserved | |
| 497 | Reserved | |
| 498 | Reserved | |
| 499 | Reserved | |
| 500 | 6/18/97 | Request for Victoria Machine Work estimate |
| 501 | 5/05/89 | Acquisition meeting for decompression chambers acquisition plan |
| 502 | 1994-1996 | Combined Milestone document |
| 503 | 9/03/97 | Budget Government cost estimate |
| 504 | 4/28/97 | FDS Graph specification |
| 505 | 9/05/97 | Pre-award design approval (MOU) |
| 506 | 5/28/98 | Source selection review of technical proposals |
| 507 | 9/03/98 | Business clearance memorandum-supplies to be delivered |
| 508 | 1/14/99 | CRB minutes, with attachments |

| | | |
|---|---|---|
| 509 | 3/25/99 | CRB minutes, with attachments |
| 510 | 3/23/99 | CRB minutes, with attachments |
| 511 | 4/20/99 | CRB minutes |
| 512 | 8/99 | Notes |
| 513 | 11/99 | Van analysis |
| 514 | 11/12/99 | SCA Warren technical review of SRDRS |
| 515 | 12/23/99 | B. Gearhart schedule issues-CDR prior to PDR final |
| 516 | 3/14/00 | CRB minutes, with attachments |
| 517 | 4/00 | Van analysis |
| 518 | 3/19/02 | CRB minutes, with attachments |
| 519 | 5/10/02 | Email re RFI |
| 520 | 8/21/02 | Email re meeting with Navy SDC project personnel |
| 521 | 8/28/02 | Synerfac time sheet notes |
| 522 | 2/07/03 | Melendez request for audit |
| 523 | 7/03-8/03 | Navy draft technical response |
| 524 | 7/03 | RFI log |
| 525 | 11/08/03 | Email re SDC Contract issues |
| 526 | Undated | FEA advance notice |
| 527 | 11/17/05 | Email from W. Christopher re funding issues |
| 528 | Undated | Labor hour totals per month |
| 529 | Undated | Labor hours, actual vs. budget |
| 530 | Undated | Budget vs. actual, Budget vs. actual engineering hours |
| 531 | Reserved | |
| 532 | Undated | DCAA 186-254 |
| 533 | Undated | Demonstrative exhibits re: scheduling |
| 534 | Undated | Damages exhibits |
| 535 | Various | Photos of completed SDCs |
| 536 | Various | Progress photos of chamber |
| 537 | Undated | Other demonstrative exhibits |

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

Dated: June 15, 2007

By: [signature]
Paul G. Nofer, Esq.
William R. Hinchman, Esq.
260 South Broad Street, Suite 400
Philadelphia, PA 19102
(215) 568-6060

Attorneys for Plaintiff,
Environmental Tectonics
Corporation

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, I caused to be served a copy of Plaintiff's Witness List by e-mail and regular mail, addressed as follows:

Leslie Cayer Ohta
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

Paul G. Nofer