IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | No. 05-746C |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's scheduling Order in paragraph 15 of Appendix A of the rules of the Court of Federal Claims, Plaintiff, Environmental Tectonics Corporation, respectfully sets forth a list of witnesses Plaintiff expects to call at trial and witnesses Plaintiff may call if the need arises. In addition, Plaintiff reserves the right to call any witness appearing on defendant's witness list.

1. William Mitchell, Jr.
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Mitchell is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. Mitchell was the person primarily involved in the preparation of the bid by ETC and had general oversight functions during the performance of the contract. Mr. Mitchell was also involved during the claim preparation process and the production of documents in support of the claim.

Estimated time for direct: 8 hours

2. Mr. Richard McAdams
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. McAdams is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. McAdams was

involved throughout contract performance. Mr. McAdams was the individual who certified the claim filed by ETC.

Estimated time for direct: 1 hour

3. Gregory Daub
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Daub is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. Daub was involved throughout contract performance. Mr. Daub was primarily responsible for the formation of the claim.

Estimated time for direct: 5 hours

4. Mr. John Stasi
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Stasi is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. Stasi was involved throughout the performance. Mr. Stasi works in the accounting department at ETC and was secondarily responsible for the formation of the claim.

Estimated time for direct: 1 hour

5. Duane Deaner
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Deaner is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. Deaner was involved throughout contract performance. Mr. Deaner is the CFO and is secondarily responsible for the formation of the claim.

Estimated time for direct: 1 hour

6. Mr. Robert Henstenberg
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Henstenberg is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. Henstenberg is an engineer at ETC and was involved in the FEA analysis performed on the contract.

Estimated time for direct: 2 hours

7. Michael Quiring
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Quiring is expected to testify regarding the observations he made, the actions he took and the opinions he formed, during his involvement with the contract. Mr. Quiring is in the manufacturing section of ETC and is expected to testify regarding events pertaining to the fabrication and manufacturing of the SDCs.

Estimated time for direct: 6 hours

8. Mr. Rob Reed
106 Sycamore Drive
Langhorne, PA 19053-3562
Home Phone #: 215-322-8188
Cell: 215-375-2483

Mr. Reed is expected to testify regarding the observations he made, the actions he took and the opinions he formed, during his involvement with the contract. Mr. Reed is expected to testify regarding events pertaining to ETC performance under the contract during the time he was employed by ETC.

Estimated time for direct: 2 hours

9. Michael Allen
504 St. Lawrence Way
Furlong, PA 18925
Cell: 215-290-7610

Mr. Allen is expected to testify regarding the observations he made, the actions he took and the opinions he formed, during his involvement with the contract. Mr. Allen is expected to testify regarding events pertaining to ETC performance under the contract during the time he was employed by ETC.

Estimated time for direct: 2 hours

10. Rob Rubeo
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Rubeo is expected to testify regarding the observations he made, the actions he took and the opinions he formed, during his involvement with the contract. Mr. Rubeo is expected to testify regarding events pertaining to ETC performance under the contract during the time he was employed by ETC

Estimated time for direct: 2 hours

11. William Mitchell, Sr.
Environmental Tectonics Corporation
125 James Way
Southampton, PA 18966-3877

Mr. Mitchell is expected to testify regarding the observations he made, the actions he took and the opinions he formed during his involvement with the contract. Mr. Mitchell is the President and CEO of ETC. Mr. Mitchell will speak generally about the processes and procedures of ETC.

Estimated time for direct: 2 hours.

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

Dated: June 15, 2007

By: ______________________
Paul G. Nofer, Esq.
William R. Hinchman, Esq.
260 South Broad Street, Suite 400
Philadelphia, PA 19102
(215) 568-6060

Attorneys for Plaintiff,
Environmental Tectonics
Corporation

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, I caused to be served a copy of Plaintiff's Witness List by e-mail and regular mail, addressed as follows:

Leslie Cayer Ohta
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530

Paul G. Nofer