IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENVIRONMENTAL TECTONICS CORPORATION, Plaintiff, | ) | No. 05-746C (Judge Susan G. Braden) |
| v. | ) | |
| THE UNITED STATES, Defendant | ) | |

JOINT MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims, the parties respectfully move the Court to dismiss with prejudice the claims of plaintiff, Environmental Tectonics Corporation, with each party to bear its own costs, expenses, and attorney fees. It is the parties' understanding that because the dismissal is not based upon lack of jurisdiction, the Court retains jurisdiction over the Government's counterclaims. See Asco-Falcon Shipping Company v. United States, 32 Fed. C. 595 (1994); American National Bank and Trust Company of Chicago v. United States, 22 Cl. Ct. 7 (1990).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

KLEHR, HARRISON, HARVEY
BRANZBURG & ELLERS LLP

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252

Attorneys for Defendant

June 27, 2007

s/ William R. Hinchman
WILLIAM R. HINCHMAN
260 South Broad Street, Suite 400
Philadelphia, PA 19102
(215) 568-6060

Attorneys for Plaintiff

June 27, 2007