# In the United States Court of Federal Claims

No. 05-746C
Filed: June 28, 2007

*************************************
ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

There being no just reason for delay, the court hereby grants the parties' June 27, 2007 Joint Motion to Dismiss the Complaint, pursuant to RCFC 54(b). Accordingly, the Clerk of the United States Court of Federal Claims is directed to dismiss the May 16, 2006 Amended Complaint with prejudice, with each party to bear its own costs, expenses, and attorney fees. The court, however, retains jurisdiction to adjudicate the Government's June 14, 2007 Counterclaims.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**