# In the United States Court of Federal Claims

**No. 05-746 C**

**ENVIRONMENTAL TECTONICS CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed June 28, 2007, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed, with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Brian Bishop
Clerk of Court

**June 29, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.