# In the United States Court of Federal Claims

No. 05-746C

Filed: July 2, 2007

*************************************

ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**SCHEDULING ORDER**

The current schedule requires that Plaintiff respond to the Government's counterclaims on or before July 9, 2007. The parties have informed the court that they have reached a proposed settlement that is subject to receiving the necessary Government authorization, a process that may take from three to four months. In the event that the settlement is not approved, Plaintiff's deadline for filing a response to the Government's counterclaims is extended to 20 days after Plaintiff is provided written notification from the Government. In the event that the settlement is approved, the parties shall promptly notify the court and file a notice of voluntary dismissal in accordance with the terms of the settlement agreement.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**