# In the United States Court of Federal Claims

No. 05-746C
Filed: November 28, 2007

*************************************
ENVIRONMENTAL TECTONICS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

## SCHEDULING ORDER

The court will convene a telephone status conference on Friday, February 22, 2008, at 2pm EST for an update on the pending settlement of this case.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**