IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENVIRONMENTAL TECTONICS CORPORATION,
Plaintiff,

v.

THE UNITED STATES,
Defendant

No. 05-746C
(Judge Susan G. Braden)

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, the parties stipulate and agree to dismiss the counterclaims with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectively submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ William R. Hinchman, Esq.
WILLIAM R. HINCHMAN, ESQ.
Klehr Harrison Harvey
Branzburg and Ellers, LLP
260 South Broad Street, 4th Floor
Philadelphia, PA 19102
(215) 569 -2796

Attorney for Plaintiff

Dated: March 4, 2008

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0252

Attorneys for Defendant

Dated: March 4, 2009